## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re:  C&A Construction

Debtor(s).

Case No.  10-26260

Chapter  7

Trustee  Rushton

### AMENDMENT DECLARATION

Please circle or underline amended material when appropriate.

1.        PETITION: _____  REOPENING: Yes _____ No _____ CONVERSION (13 to 7): Yes _____ No _____
          **When changing debtor's address, please file separate change of address form.**
          **When amending, please submit the changes/additions only!**

2.        SCHEDULES: A _____ B _____ C _____ D _____ E _____ F X G _____ H _____ I _____ J _____
3.        AMENDED AMOUNTS/TOTALS OF SCHEDULES: _____
4.        STATEMENT OF AFFAIRS: X
5.        AMENDED CHAPTER 13 PLAN: _____

---

If you have amended schedules D, E, F by adding a creditor, you owe $26.00 amendment fee.  Fee
attached X

If schedules D, E, F were amended but no creditors added no fee necessary.  No fee attached _____
**Reason no fee is attached**_____

---

**It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order
to the creditors added to the schedules/matrix.**
A certificate of mailing to creditors should be filed with the Clerk's office (see below).

---

I declare under penalty of perjury that the information provided in this attached amendment is true and
correct.

/s/ Leland Bird

| Debtor | Date | Debtor | Date |

---

U.S. Trustee's Office and Trustee in the case supplied copies of amendment(s)? Yes  X  No _____  (via ECF)

/s/ Robert Fugal

ATTORNEY FOR DEBTOR(S)

---

### CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to creditors of this estate
as follows (please mark the appropriate lines:

X        341 Notice to creditors added by this amendment.& Proof of Claim Form
_____    Discharge Notice to creditors added by this amendment.
_____    Amended Chapter 13 Plan to all creditors

12/9/10                                    /s/ Robert Fugal
DATED                                      ATTORNEY FOR DEBTOR(S)

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Utah

In re    C & A Construction Company, Inc.                          Case No. _____

                        Debtor

                                                                    Chapter    7

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 2 | $  490,400 | | |
| B – Personal Property | YES | 3 | $  930,000 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $  1,100,000 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $  0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 132 | | $  4,372,430 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $  0 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $  0 |
| TOTAL | | 143 | $  1,420,400 | $  5,472,430 | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.- ver. 4.5-9-755 - 31694-301X-06410 - PDF-XChange 3.0

# United States Bankruptcy Court

### District of Utah

| | | |
|---|---|---|
| In re | C & A Construction Company, Inc. | Case No. _____ |
| | **Debtor** | |
| | | Chapter ____7____ |

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   N.A. |
| Student Loan Obligations (from Schedule F) | $   N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $   N.A. |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $   N.A. |
| TOTAL | $   N.A. |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $   N.A. |
| Average Expenses (from Schedule J, Line 18) | $   N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $   N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $  N.A. |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   N.A. | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $  N.A. |
| 4.  Total from Schedule F | | $  N.A. |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $  N.A. |

**B6F (Official Form 6F) (12/07)**

In re   C & A Construction Company, Inc.   ,                           Case No. _____
_____                                              _____
              **Debtor**                                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>1 DAY WINDOW & DOOR REPLACEMENT<br>508 EAST 700 NORTH<br>AMERICAN FORK, UT 84003 | | | Incurred: 11/16/2007<br>Consideration: Construction Expense | | | | 150 |
| ACCOUNT NO.<br><br>A & B Glass, Inc.<br>1181 South State Street<br>Clearfield, UT 84015 | | | Incurred: 11/15/2007<br>Consideration: Construction Expense | | | | 123 |
| ACCOUNT NO.<br><br>A A LOCKOUT SPECIALIST<br>102 N 340 W<br>OREM, UT 84057 | | | Incurred: 03/28/08<br>Consideration: Construction Expense | | | | 319 |
| ACCOUNT NO.<br><br>A COMPANY<br>P.O. BOX 5702<br>BOISE, ID 83705 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 1,333 |

_____130_____ continuation sheets attached

Subtotal ➤   $   1,925

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0



**B6F (Official Form 6F) (12/07) - Cont.**

In re   C & A Construction Company, Inc.                    ,         Case No. _____

           **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>A COMPANY<br>P.O. BOX 5702<br>BOISE, ID 83705 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 2,180 |
| ACCOUNT NO.<br><br>A-BEST GLASS<br>64 W GORDON AVE<br>MURRAY, UT 84107 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 170 |
| ACCOUNT NO.<br><br>A-CORE INC<br>5360 S RILEY LANE<br>MURRAY, UT 84107 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 585 |
| ACCOUNT NO.<br><br>A-J SHEET METAL<br>9554 SOUTH 560 WEST<br>SANDY, UT 84070 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>A-J SHEET METAL<br>9554 SOUTH 560 WEST<br>SANDY, UT 84070 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |

Sheet no. __1__ of __130__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $            2,935

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>C & A Construction Company, Inc.</u> ,          Case No. _____
         **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> A-T ASPHALT PAVING, INC <br> PO BOX 1514 <br> ST GEORGE, UT 84771 | | | Incurred: 2007 <br> Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. <br><br> AARON'S STRIPING <br> 1910 NORTH 270 EAST <br> OREM, UT 84057 | | | Incurred: 2007-2008 <br> Consideration: Construction Expense | | | | 750 |
| ACCOUNT NO. <br><br> ABOUT FIRE PROTECTION, INC <br> 10102 E 8200 S <br> HURRICANE, UT 84737 | | | Incurred: 2007 <br> Consideration: Construction Expense | | | | 800 |
| ACCOUNT NO. <br><br> AC DC ELECTRICAL INC <br> 369 N 100 W, SUITE 7 <br> CEDAR CITY, UT 84720 | | | Incurred: 2006-2007 <br> Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. <br><br> AC DC ELECTRICAL INC <br> 369 N 100 W, SUITE 7 <br> CEDAR CITY, UT 84720 | | | Incurred: 2007 <br> Consideration: Construction Expense | | | | 0 |

Sheet no. _2_ of _130_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,550

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                    ,          Case No. _____
             **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ACE RENTS <br> 70 S STATE <br> LINDON, UT 84042 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 6,431 |
| ACCOUNT NO. <br><br> ACTION CRANE <br> PO BOX 63 <br> OREM, UT   54059-0063 | | | Incurred: 2007 <br> Consideration: Construction Expense | | | | 1,275 |
| ACCOUNT NO. <br><br> ADVANCED SYSTEMS CONST. LLC <br> 9857 N. MEADOW LN. <br> HIGHLAND, UT 84003 | | | Incurred: 2007 <br> Consideration: Construction Expense | | | | 23,325 |
| ACCOUNT NO. <br><br> ADVANCED SYSTEMS ROOFING COMPANY, INC <br> 9857 N MEADOW LANE <br> HIGHLAND, UT 84003 | | | Incurred: 2006 <br> Consideration: Construction Expense | | | | 225 |
| ACCOUNT NO. <br><br> ADVANTAGE STRIPING <br> P.O. BOX 1307 <br> AMERICAN FORK, UT 84003 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 772 |

Sheet no. _3_ of _130_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 32,028

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0



B6F (Official Form 6F) (12/07) - Cont.

In re <u>C & A Construction Company, Inc.</u>,                    Case No. _____
         **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ADVANTAGE STRIPING <br> P.O. BOX 1307 <br> AMERICAN FORK, UT 84003 | | | Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. <br><br> Advantage, LLC <br> 254 N. Orem Blvd. <br> Orem, UT 84057 | | | Incurred: 2008-2009 <br> Consideration: construction expense | | | | 3,980 |
| ACCOUNT NO. <br><br> AES ELECTRICAL <br> PO BOX 1773 <br> WEST JORDAN, UT 84084 | | | Incurred: 2006-2008 <br> Consideration: Construction Expense | | | | 35,522 |
| ACCOUNT NO. <br><br> AFFORDABLE FENCE AND WELDING <br> 6789 WEST 1350 NORTH <br> CEDAR CITY, UT 84720 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 2,245 |
| ACCOUNT NO. <br><br> ALL FIVE LLC <br> P.O. BOX 486 <br> AMERICAN FORK, UT 84003 | | | Incurred: 2007 <br> Consideration: Construction Expense | | | | 750 |

Sheet no. <u>4</u> of <u>130</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 42,497

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc.                    ,          Case No. _____
_____
              **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ALL PRO REMODELING<br><br>12433 S. 1510 W.<br>RIVERTON, UT 84065 | | | Incurred: 2005<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>ALL STAR GARAGE DOORS, INC<br>377 W 1780 N<br>OREM, UT 84057 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 6,770 |
| ACCOUNT NO.<br><br>ALLEGIANCE DIRECT BANK<br>PO BOX 1750<br>CEDAR CITY, UT 84721 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 25 |
| ACCOUNT NO.<br><br>ALLIED ADMINISTRATORS<br>633 Battery Street #2<br>San Fransisco, CA 94111-1829 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 5,776 |
| ACCOUNT NO.<br><br>ALLIED ADMINISTRATORS<br>C/O DELTA DENTAL<br>PO BOX 45793<br>SAN FRANCISCO, CA<br>94145-0793 | | | Consideration: Construction Expense | | | | 0 |

Sheet no. __5__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 12,571

Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-9.755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                        ,        Case No. _____
          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ALPHA OMEGA HARDWARE, LLC 8046 S 1460 W WEST JORDAN, UT 84088 | | | Incurred: 2007-2008 Consideration: Construction Expense | | | | 8,911 |
| ACCOUNT NO. ALPINE DAMP-PROOFING P.O. BOX 1016 AMERICAN FORK, UT 84003 | | | Incurred: 2007 Consideration: Construction Expense | | | | 300 |
| ACCOUNT NO. ALPINE GAS FIREPLACE 782 W STATE STREET LEHI, UT 84043 | | | Incurred: 2006 Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. ALPINE GAS FIREPLACE 782 W STATE STREET LEHI, UT 84043 | | | Incurred: 2007 Consideration: Construction Expense | | | | 26,794 |
| ACCOUNT NO. AMBANK 3670 N UNIVERSITY AVENUE PROVO, UT 84604 | | | Incurred: 2008 Consideration: Construction Expense | | | | 45 |

Sheet no. __6__ of _130_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  36,050

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re    C & A Construction Company, Inc.                        ,        Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> AMERICAN BODIES CORP <br> 260 SOUTH 400 EAST <br> OREM, UT 84097 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 1,114 |
| ACCOUNT NO. <br><br> AMERICAN EXPRESS <br> PO BOX 650448 <br> DALLAS, TX  75265-0448 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 12,246 |
| ACCOUNT NO. <br><br> AMERICAN EXPRESS <br> CORPORATE CARD <br> PO BOX 360001 <br> FT LAUDERDALE, FL  33336-0001 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 17,638 |
| ACCOUNT NO. <br><br> AMERICAN LEAK DETECTION <br> PO BOX 549 <br> KAYSVILLE, UT 84037 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 1,387 |
| ACCOUNT NO. <br><br> AMERICAN STATIONERS <br> 15760 VENTURA BOULEVARD <br> SUITE A-7 <br> ENCINO, CA 91436 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 0 |

Sheet no. _7_ of _130_ continuation sheets attached                                  Subtotal ➤    $        32,385
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                                    Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                  ,        Case No. _____
                   **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AMERICOM<br>5123 COMMERCE DR<br>MURRAY, UT   84107-4709 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>ANAGO CLEANING SYSTEMS<br>3336 S 300 E<br>SALT LAKE CITY, UT 84115 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 917 |
| ACCOUNT NO.<br><br>ANGEL R. SANDOVAL<br>468 E 1010 S<br>OREM, UT 84097 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>ANGEL R. SANDOVAL<br>468 E 1010 S<br>OREM, UT 84097 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 324 |
| ACCOUNT NO.<br><br>APA BENEFITS<br>ATTENTION: JANICE COLLINS<br>948 EAST 7145 SOUTH #C-104<br>MIDVALE, UT 84047 | | | Incurred: 2008-2009<br>Consideration: Construction Expense | | | | 4,312 |

Sheet no.  8   of  130  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 5,553

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                        ,    Case No. _____
     Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  APEX CARPENTRY, INC. 6814 CLARNATES DR WEST JORDAN, UT 84084 | | | Incurred: 2007-2008 Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.  APEX CARPENTRY, INC. 6814 CLARNATES DR WEST JORDAN, UT 84084 | | | Incurred: 2008 Consideration: Construction Expense | | | | 13,374 |
| ACCOUNT NO.  APEX DRYWALL INC PO BOX 788 WASHINGTON, UT 84780 | | | Incurred: 2006-2007 Consideration: Construction Expense | | | | 22,744 |
| ACCOUNT NO.  APEX LAND SURVEYORS, INC PO BOX 973 RIVERTON, UT   84065-0973 | | | Incurred: 2007-2008 Consideration: Construction Expense | | | | 4,050 |
| ACCOUNT NO.  AR CABINETS 1510 W. 400 S.#3 OREM, UT 84058 | | | Incurred: 2007 Consideration: Construction Expense | | | | 0 |

Sheet no. __9__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    40,168

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  C & A Construction Company, Inc. _____,  Case No. _____

           **Debtor**                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ARCTIC AIR HEATING & COOLING<br>P.O. BOX 865<br>SPANISH FORK, UT 84660 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>ARCTIC AIR HEATING & COOLING<br>P.O. BOX 865<br>SPANISH FORK, UT 84660 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 5,911 |
| ACCOUNT NO.<br><br>ARTISTIC LIGHTING STUDIO INC<br>1533 S MAIN ST<br>SALT LAKE CITY, UT 84115 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 14,193 |
| ACCOUNT NO.<br><br>ASPEN CABINET WORKS<br>4532 N 1170 EAST<br>CEDAR CITY, UT 84720 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 24,871 |
| ACCOUNT NO.<br><br>ASPEN INDUSTRIAL SUPPLY INC.<br>531 NORTH 600 WEST<br>CEDAR CITY, UT 84720 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 3,259 |

Sheet no. __10__ of __130__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $     48,234

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___C & A Construction Company, Inc._____,    Case No. _____
          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ASSOCIATED BUILDERS & CONTRACT UTAH CHAPTER 2130 SOUTH 3140 WEST SUITE B WEST VALLEY CITY, UT 84119 | | | Incurred: 2008 Consideration: Construction Expense | | | | 560 |
| ACCOUNT NO. AUTO-OWNERS INSURANCE COMPANY PO BOX 30660 LANSING, MI 48909 | | | Incurred: 2008 Consideration: Construction Expense | | | | 39 |
| ACCOUNT NO. AVANTI MASONRY SUPPLY 3575 BADURA AVE LAS VEGAS, NV 89118 | | | Incurred: 2008 Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. AVANTI MASONRY SUPPLY 3575 BADURA AVE LAS VEGAS, NV 89118 | | | Incurred: 2008 Consideration: Construction Expense | | | | 836 |
| ACCOUNT NO. AVAUNT HOME CONTROLS 4613 WILDCAT COURT HERRIMAN, UT 84096 | | | Incurred: 2007 Consideration: Construction Expense | | | | 0 |

Sheet no. __11__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    1,435

Total ➤  $

*(Use only on last page of the completed Schedule F.)*
*(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                    ,        Case No. _____
                    **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> B&B SPECIALTIES, LLC <br> 12732 S 125 E <br> DRAPER, UT 84020 | | | Incurred: 2007-2008 <br> Consideration: Construction Expense | | | | 11,195 |
| ACCOUNT NO. <br><br> B&K DRYWALL <br> PO BOX 1165 <br> WEST JORDAN, UT 84084 | | | Incurred: 2007 <br> Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. <br><br> BACKCOUNTRY CONSTRUCTION INC <br> 946 W SUNSET BLVD #0 <br> ST GEORGE, UT 84770 | | | Incurred: 2007 <br> Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. <br><br> BAKER'S CREANE SERVICE, L.L.C. <br> PO BOX <br> HEBER CITY, UT 84032 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 552 |
| ACCOUNT NO. <br><br> BALFOUR BEATTY RAIL <br> 1717 N BECK STREET <br> SALT LAKE CITY, UT 84116 | | | Incurred: 2007 <br> Consideration: Construction Expense | | | | 0 |

Sheet no. _12_ of _130_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   11,747

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5-9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                          ,          Case No. _____
                        **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BANKCARD CENTER<br>PO BOX 30833<br>SALT LAKE CITY, UT   84130-0833 | | | Incurred: 2008-2009<br>Consideration: Construction Expense | | | | 8,991 |
| ACCOUNT NO.<br><br>BARBER WELDING, INC.<br>PO BOX 608<br>SPANISH FORK, UT 84660 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 3,635 |
| ACCOUNT NO.<br><br>BASIN TUB REPAIR<br>P.O. BOX 423<br>MESQUITE, NV 89024 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 550 |
| ACCOUNT NO.<br><br>BEACON METALS, INC.<br>PO BOX 65462<br>SLC, UT   84165-0462 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 197 |
| ACCOUNT NO.<br><br>BEEHIVE BRICK & STONE<br>436 W UNIVERSAL CIRCLE<br>SANDY, UT 84070 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 1,665 |

Sheet no. _13_ of _130_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   15,038

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc.                    ,         Case No. _____
_____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BEEHIVE BRICK & STONE<br>436 W UNIVERSAL CIRCLE<br>SANDY, UT 84070 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 2,908 |
| ACCOUNT NO.<br><br>BENNETT COMMUNICATIONS, INC<br>PO BOX 50142<br>PROVO, UT 84605 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 5,170 |
| ACCOUNT NO.<br><br>BEST DEAL SPRINGS<br>444 E 100 N<br>PAYSON, , UT  84651 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 2,587 |
| ACCOUNT NO.<br><br>BEST VINYL, LLC<br>62 N 1020 W<br>AMERICAN FORK, UT 84003 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>BETO'S STUCCO & PLASTERING<br>2887 W 8870 S<br>WEST JORDAN, UT 84088 | | | Incurred: 2006-2007<br>Consideration: Construction Expense | | | | 0 |

Sheet no. __14__ of __130__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   10,665

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-064410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc.                        ,                Case No. _____
                              **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> BETO'S STUCCO & PLASTERING <br> 2887 W 8870 S <br> WEST JORDAN, UT 84088 | | | Incurred: 2007-2008 <br> Consideration: Construction Expense | | | | 16,785 |
| ACCOUNT NO. <br> BIG CITY INSULATION, INC <br> 1140 S 1900 E #2 <br> WASHINGTON, UT 84780 | | | Incurred: 2006-2007 <br> Consideration: Construction Expense | | | | 11,025 |
| ACCOUNT NO. <br> BIG DOG ELECTRIC <br> 974 WEST 1500 SOUTH <br> PROVO, UT 84601 | | | Incurred: 2007 <br> Consideration: Construction Expense | | | | 1,573 |
| ACCOUNT NO. <br> BILL POTTER REALTY <br> 75 SOUTH 100  EAST 2A <br> ST GEORGE, UT 84770 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. <br> BILL POTTER REALTY <br> 75 SOUTH 100  EAST 2A <br> ST GEORGE, UT 84770 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 3,000 |

Sheet no. __15__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $        32,383

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                    ,          Case No. _____
            **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BINGGELI ROCK PRODUCTS, INC.<br>P.O. BOX 98<br>HEBER CITY, UT 84032 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 197 |
| ACCOUNT NO.<br><br>BIRDIES SALES & SERVICE<br>1291 E EXPRESSWAY LANE<br>SPANISH FORK, UT 84660 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 871 |
| ACCOUNT NO.<br><br>BIRDVIEW MANUFACTURING, INC.<br>PO BOX 718<br>WASHINGTON, UT 84780 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 148 |
| ACCOUNT NO.<br><br>BIRDVIEW MANUFACTURING, INC.<br>PO BOX 718<br>WASHINGTON, UT 84780 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 595 |
| ACCOUNT NO.<br><br>BLACKETT OIL COMPANY INC<br>PO BOX 55<br>MIDVALE, UT   84047-0055 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 0 |

Sheet no. __16__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $          1,811

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc.                           ,          Case No. _____
                          **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BLAZE MASTER<br>336 N 200 E<br>PAYSON, UT 84651 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 16,875 |
| ACCOUNT NO.<br><br>BLISS INTERIORS INC<br>538 EAST 330 SOUTH<br>AMERICAN FORK, UT 84003 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 644 |
| ACCOUNT NO.<br><br>BLOEDORN LUMBER<br>PO BOX 20026<br>CHEYENNE, WY 82003 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 6,153 |
| ACCOUNT NO.<br><br>BLOOMING COLORS<br>PO BOX 3358<br>PARK CITY, UT 84060 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>BLOOMING COLORS<br>PO BOX 3358<br>PARK CITY, UT 84060 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 808 |

Sheet no. __17__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 24,480

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc.                          ,          Case No. _____
              **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BMC FABRICATION & ERECTION <br> 1375 NORTH 200 EAST <br> SPANISH FORK, UT 84660 | | | Incurred: 2007-2008 <br> Consideration: Construction Expense | | | | 3,865 |
| ACCOUNT NO. <br><br> BMC WEST - WEST JORDAN <br> 7902 SOUTH 1410 WEST <br> WEST JORDAN, UT 84088 | | | Incurred: 2007 <br> Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. <br><br> BMC WEST - WEST JORDAN <br> 7902 SOUTH 1410 WEST <br> WEST JORDAN, UT 84088 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 37,986 |
| ACCOUNT NO. <br><br> BODIE CONCRETE, INC <br> 376 E SUNLAND DR #3B <br> ST GEORGE, UT 84790 | | | Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. <br><br> BONNEVILLE TEST AND BALANCE <br> 13138 SOUTH 5800 WEST <br> HERRIMAN, UT 84065 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 2,660 |

Sheet no. __18__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   44,511

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                     ,          Case No. _____
            **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> BOSWELL - OLSEN INC <br> 1133 N 450 W   SUITE C <br> SPRINGVILLE, UT 84663 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 17,620 |
| ACCOUNT NO. <br> BRACKEN'S AUTO TECH & TIRE <br> 86 N 1000 E <br> ST. GEORGE, UT   84770-3022 | | | Incurred: 2007 <br> Consideration: Construction Expense | | | | 240 |
| ACCOUNT NO. <br> BRADFORD & BRADY, INC <br> 389 N. UNIVERSITY AVENUE <br> PROVO, UT 84601 | | | Incurred: 2007-2008 <br> Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. <br> BRADFORD & BRADY, INC <br> 389 N. UNIVERSITY AVENUE <br> PROVO, UT 84601 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 7,892 |
| ACCOUNT NO. <br> BRANDON GUZZO <br> 4053 N 380 W <br> PROVO, UT 84604 | | | Consideration: Construction Expense | | | | 0 |

Sheet no. __19__ of __130__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $   25,752

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re C & A Construction Company, Inc.                    ,          Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BRANDON GUZZO <br> 4053 N 380 W <br> PROVO, UT 84604 | | | Incurred: 2009 <br> Consideration: Construction Expense | | | | 3,944 |
| ACCOUNT NO. <br><br> BRATT WATER FEATURES, INC <br> 125 E MAIN ST, #205 <br> AMERICAN FORK, UT 84003 | | | Incurred: 2006 <br> Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. <br><br> BREEZEWAY HEATING & COOLING INC <br> PO BOX 841005 <br> HILDALE, UT 84784 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 800 |
| ACCOUNT NO. <br><br> BRIAN L. BIRD <br> 4118 N EDGEWOOD DRIVE <br> PROVO, UT 84604 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 313 |
| ACCOUNT NO. <br><br> BRIAN TOLLEY <br> 1158 EAST 350 SOUTH <br> SPRINGVILLE, UT 84663 | | | Incurred: 2008-2009 <br> Consideration: Construction Expense | | | | 11,853 |

Sheet no. 20 of 130 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 16,910

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc.                      ,        Case No. _____
                     **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BRUNDAGE-BONE CONCRETE PUMPING<br><br>350 WEST 700 SOUTH PLEASANT GROVE, UT 84062-9579 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 2,486 |
| BUILD INC<br>5190 W 700 S<br>SALT LAKE CITY, UT 84104 | | | Incurred: 2006-2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>BUNDY STEEL<br>847 S CANYON VIEW DRIVE<br>ST. GEORGE, UT 84770 | | | Incurred: 2006<br>Consideration: Construction Expense | | | | 1,200 |
| ACCOUNT NO.<br><br>BUSSIO ENTERPRISES<br>PO BOX 791<br>OREM, UT 84059 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>BWLINE CONSTRUCTION & ENGINEERING<br>485 W 750 S<br>OREM, UT 84058 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 500 |

Sheet no. __21__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 4,186

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5-9.755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___C & A Construction Company, Inc._____,       Case No. _____
          **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>C & L COATINGS, INC.<br>1861 W ALVEY DRIVE<br>MAPLETON, UT 84664 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 4,805 |
| ACCOUNT NO.<br><br>C BUEHNER COUNTERTOPS<br>P.O. BOX 65783  /577 W 3410 S<br>SLC, UT 84165 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>C BUEHNER COUNTERTOPS<br>P.O. BOX 65783  /577 W 3410 S<br>SLC, UT 84165 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 8,435 |
| ACCOUNT NO.<br><br>C&B PLUMBING<br>4115 N TAFT HILL ROAD<br>FT COLLINS, CO 80524 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>C.R. DOORS & MOULDING L.L.C.<br>P.O. BOX 311<br>SPRINGVILLE, UT 84663 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 0 |

Sheet no. _22_ of _130_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 13,240

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re __C & A Construction Company, Inc._____,    Case No. _____
       **Debtor**                                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>C.R. DOORS & MOULDING L.L.C.<br>P.O. BOX 311<br>SPRINGVILLE, UT 84663 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 20,919 |
| ACCOUNT NO.<br><br>CANNON MASONRY LLC<br>10391 S 3200 W<br>SOUTH JORDAN, UT 84095 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 10,000 |
| ACCOUNT NO.<br><br>CANNON SALES<br>762 NORTH 1250 WEST<br>CENTERVILLE, UT 84014 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 2,989 |
| ACCOUNT NO.<br><br>CANYON STONE & INSTALLATION<br>3113 E DESERET DRIVE<br>ST GEORGE, UT 84790 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>CAROL JOHNSON<br>61 E 350 N<br>OREM, UT 84057 | | | Incurred: 2009<br>Consideration: Construction Expense | | | | 1,055 |

Sheet no. _23_ of _130_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $       34,963

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc.                              ,         Case No. _____
                 **Debtor**                                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> CARPET ONE COMMERCIAL FLOORING <br> 3418 EAST PERSHING BLVD <br> CHEYENNE, WY 82001 | | | Incurred: 2007-2008 <br> Consideration: Construction Expense | | | | 3,194 |
| ACCOUNT NO. <br> CARPETS PLUS <br> 1301 W. SUNSET BLVD. <br> ST. GEORGE, UT 84770 | | | Incurred: 2007 <br> Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. <br> CARPETS PLUS <br> 1301 W. SUNSET BLVD. <br> ST. GEORGE, UT 84770 | | | Incurred: 2007 <br> Consideration: Construction Expense | | | | 22,600 |
| ACCOUNT NO. <br> CATERPILLAR FINANCIAL SERVICES <br> PO BOX 100647 <br> PASADENA, CA  91189-0647 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 47,491 |
| ACCOUNT NO. <br> CEDAR VALLEY LANDFILL LLC <br> PO BOX 1503 <br> OREM, UT  84059-1502 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 0 |

Sheet no. __24__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        73,285

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc.                          ,          Case No. _____
                          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CEDAR VALLEY LANDFILL LLC<br>PO BOX 1503<br>OREM, UT 84059-1502 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 2,101 |
| ACCOUNT NO.<br><br>CEDAR WELDING<br>673 N 800 W<br>CEDAR CITY, UT 84720 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 1,536 |
| ACCOUNT NO.<br><br>CENTURY EQUIPMENT<br>2957 N 350 E<br>SPANISH FORK, UT 84660 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 1,000 |
| ACCOUNT NO.<br><br>CENTURY STEEL<br>FOMERLY LAKESIDE REBAR<br>6571 S COTTONWOOD ST<br>MURRAY, UT 84107 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>CENTURY TITLE COMPANY<br>290 EAST 930 SOUTH<br>OREM, UT 84058 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 500 |

Sheet no. _25_ of _130_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    5,137

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc._____,     Case No. _____
                    **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CERTIFIED ENGINEERING SYSTEMS<br>2949 SOUTH MAIN STREET<br>SALT LAKE CITY, UT 84115 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 3,044 |
| ACCOUNT NO.<br><br>CERTIFIED FIRE PROTECTION INC<br>3439 S 500 W<br>SALT LAKE CITY, UT 84115 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 300 |
| ACCOUNT NO.<br><br>CERTIFIED REPROGRAPHICS, INC.<br>2949 S MAIN ST<br>SALT LAKE CITY, UT 84115 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 5 |
| ACCOUNT NO.<br><br>CES ELECTRICAL CONTRACTORS INC<br>PO BOX 174<br>NEPHI, UT 84648 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 10,453 |
| ACCOUNT NO.<br><br>CHESLEY ELECTRIC<br>PO BOX 3911<br>PARK CITY, UT 84060 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 0 |

Sheet no. _26_ of _130_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   | $   13,802

Total ➤   | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re __C & A Construction Company, Inc._____ ,    Case No. _____
            **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CHESTNUT KITCHENS<br>525 NORTH GENEVA ROAD<br>LINDON, UT 84042 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 6,404 |
| ACCOUNT NO.<br><br>CHEVRONTEXACO<br>P.O. BOX 70887<br>CHARLOTTE, NC   28272-0887 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 14,482 |
| ACCOUNT NO.<br><br>CHILD SUPPORT SERVICES<br>ORS<br>PO BOX 45011<br>SALT LAKE CITY, UT   84145-0011 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 3,613 |
| ACCOUNT NO.<br><br>CITY OF ST GEORGE<br>P.O. BOX 1750<br>ST. GEORGE, , UT   84771-1750 | | | Incurred: 2008-2009<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>CITY OF ST GEORGE<br>P.O. BOX 1750<br>ST. GEORGE, , UT   84771-1750 | | | Incurred: 2008-2009<br>Consideration: Construction Expense | | | | 477 |

Sheet no. __27__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    24,976

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

Amended

In re   C & A Construction Company, Inc.                          ,          Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CLARK WHOLESALE<br>2575 BRIDGER RD.<br>SALT LAKE CITY, UT 84104 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 11,736 |
| ACCOUNT NO.<br><br>CLARK'S QUALITY ROOFING, INC.<br>334 WEST ANDERSON AVE.<br>MURRAY, UT 84107 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 4,042 |
| ACCOUNT NO.<br><br>CLAYCO INC<br>1002 N 1500 W<br>OREM, UT 84057 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 13,765 |
| ACCOUNT NO.<br><br>CLEAR CREEK BUILDERS, LLC<br>55 SOUTH VALLE VERDE DRIVE, #235-124<br>HENDERSON, NV 89012 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 4,500 |
| ACCOUNT NO.<br><br>CLEARINGHOUSE<br>ATLAS # 000709553600<br>PO BOX 52107<br>PHOENIX, AZ  85072-2107 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 630 |

Sheet no. _28_ of _130_ continuation sheets attached          Subtotal ➤   | $ | 34,673 |
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims                                               Total ➤   | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                    ,        Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CLEGG STEEL, INC<br>1147 N 1565 W<br>OREM, UT  84057-2886 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 20,649 |
| ACCOUNT NO.<br><br>CLIENTS DESIGN<br>580 N REDWOOD ROAD<br>N SALT LAKE, UT 84054 | | | Incurred: 2006-2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>CLOSET TECHNOLOGIES OF UTAH<br>1111 N INDUSTRIAL PARK DR.<br>OREM, UT 84057 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 3,520 |
| ACCOUNT NO.<br><br>CLYDE HEATING & COOLING<br>983 EAST 270 NORTH<br>HEBER CITY, UT 84032 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 1,377 |
| ACCOUNT NO.<br><br>CLYDECO BLDG. SUPPLIES, INC<br>1045 W. 1200 N.<br>MAPLETON, UT 84664 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 1,171 |

Sheet no. __29__ of __130__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        26,717

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc.                              ,        Case No. _____
                          **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>COLD FRONT HEATING & AIR<br>5302 WEST WAKE ROBIN DRIVE<br>WEST JORDAN, UT 84084 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 7,386 |
| ACCOUNT NO.<br><br>COLLINS EQUIPMENT<br>9638 W 2400 S<br>CEDAR CITY, UT 84720 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>COLLINS ROOFING<br>P.O. BOX 294<br>OREM, UT  84059-0294 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 2,047 |
| ACCOUNT NO.<br><br>COLONIAL SPECIALTY COMPANY, INC<br>9390 S 300 W<br>SANDY, UT 84070 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>COLOR COUNTRY PUMPING INC<br>PO BOX 1324<br>DUCK CREEK VILL, UT 84762 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 687 |

Sheet no. __30__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $  10,120

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0



B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc._____,   Case No. _____
                              **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-9.755 - 31694-301X-06410 - PDF-XChange 3.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| COM N 0 DEG 12' 25 W 349.87 FT FR NE COR. SEC. 36 T8S, R2E, SLB&M.; N 0 DEG 12' 25 W 29.88 FT; N 29 DEG 45' 45 E 107.05 FT; S 60 DEG 14' 15 E 99 FT; S 70 DEG 14' 15 E 336.63 FT; S 29 DEG 39' 55 W 292.78 FT; N 63 DEG 33' 11 W 802.37 F 280.000 480.000 | | | | | | | 0 |
| ACCOUNT NO. | | | Incurred: 2007-2008 Consideration: Construction Expense | | | | |
| COMFORT SYSTEMS USA INTERMOUNTAIN 2035 S MILESTONE DR SALT LAKE CITY, UT  84104-6543 | | | | | | | 1,325 |
| ACCOUNT NO. | | | Incurred: 2007 Consideration: Construction Expense | | | | |
| CONSTRUCTION SPECIALTIES, INC. P.O. BOX 27436 SALT LAKE CITY, UT 84127 | | | | | | | 0 |
| ACCOUNT NO. | | | Incurred: 2007-2008 Consideration: Construction Expense | | | | |
| CONSTRUCTION STEEL, INC 2230 W HWY 56 CEDAR CITY, UT 84720 | | | | | | | 1,077 |
| ACCOUNT NO. | | | Incurred: 2008 Consideration: Construction Expense | | | | |
| CONTRACTORS WINDOW SUPPLY 9875 S 500 W SANDY, UT 84070 | | | | | | | 69,841 |

Sheet no. __31__ of __130__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    72,243

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                    ,  Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CORE CUT INC. CONCRETE CUTTING <br> 321 WEST 3200 SOUTH <br> SALT LAKE CITY, UT 84115 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 700 |
| ACCOUNT NO. <br><br> COWBOY CONCRETE <br> P.O. BOX 1115 <br> KAMAS, UT 84036 | | | Incurred: 2007 <br> Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. <br><br> COWBOY CONCRETE <br> P.O. BOX 1115 <br> KAMAS, UT 84036 | | | Incurred: 2007 <br> Consideration: Construction Expense | | | | 14,927 |
| ACCOUNT NO. <br><br> COX ENTERPRISES INC <br> 1367 W 1340 N <br> PLEASANT GROVE, UT 84062 | | | Incurred: 2007-2008 <br> Consideration: Construction Expense | | | | 7,982 |
| ACCOUNT NO. <br><br> COZZENS EXCAVATING, INC <br> 3358 WEST LADY DOVE LANE <br> SOUTH JORDAN, UT 84095-3228 | | | Incurred: 2007-2008 <br> Consideration: Construction Expense | | | | 0 |

Sheet no. __32__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  23,609

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc._____,        Case No. _____
             **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CR LIGHTING & ELECTRICAL INC<br>1035 W GENTILE STREET<br>LAYTON, UT 84041 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 16,744 |
| ACCOUNT NO.<br><br>CRAWFORD DOOR SALES<br>155 W 2700 S<br>PO BOX 651068<br>SALT LAKE CITY, UT 84115 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 392 |
| ACCOUNT NO.<br><br>CREAMER & NOBLE INC<br>435 E TABERNACLE, SUITE 202<br>ST GEORGE, UT 84770 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 100 |
| ACCOUNT NO.<br><br>CRESCENT COURT HOA<br>PO BOX 50221<br>PROVO, UT   84605-0221 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>CRESCENT COURT HOA<br>PO BOX 50221<br>PROVO, UT   84605-0221 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 873 |

Sheet no. _33_ of _130_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   18,109

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc. _____,       Case No. _____
                        **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CRETE-CO<br>370 VAN BUREN AVE<br>SALT LAKE CITY, UT   84115-5118 | | | Incurred: 2006<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>CRYSTAL CLEAN MAID SERVICE INC<br>491 S MAIN ST SUITE A<br>CEDAR CITY, UT 84720 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 2,200 |
| ACCOUNT NO.<br><br>CURTCO MASONRY<br>4TH SOUTH 2600 WEST STE 4C<br>HURRICANE, UT 84737 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 2,800 |
| ACCOUNT NO.<br><br>D & B PAINTING<br>1709 S. 960 E.<br>ST. GEORGE, UT 84790 | | | Incurred: 2006-2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>DAL-TILE, INC<br>701 NORTH 1200 WEST<br>OREM, UT 84057 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |

Sheet no. __34__ of __130__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        5,000

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc.                    ,        Case No. _____
            **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DANIEL BIRD<br>3214 N UNIVERSITY AVE #537<br>PROVO, UT 84604 | | | Incurred: 2009<br>Consideration: Construction Expense | | | | 558 |
| ACCOUNT NO.<br><br>DASTRUP INSURANCE<br>1080 EAST 800 NORTH<br>OREM, UT 84097 | | | Incurred: 2009<br>Consideration: Construction Expense | | | | 5,033 |
| ACCOUNT NO.<br><br>DAVID & SONS DRYWALL, INC<br>3758 SAND HILL CIRCLE<br>SOUTH JORDAN, UT 84095 | | | Incurred: 2006-2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>DAVID W. TAYLOR &<br>ASSOCIATES<br>4331 S MAIN ST<br>SALT LAKE CITY, UT 84107 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 65 |
| ACCOUNT NO.<br><br>DAVID WOOLLEY DRYWALL INC.<br>P.O. BOX 810<br>RIVERTON, UT 84065 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 7,587 |

Sheet no. __35__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   13,243

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5-9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___C & A Construction Company, Inc._____,         Case No. _____
          **Debtor**                                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DAVIES MOTOR, INC<br>1350 SOUTH 1700 WEST<br>SPRINGVILLE, UT 84663 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 229 |
| ACCOUNT NO.<br><br>DAVIS PAINTING<br>395 S STATE ST<br>GENOLA, UT 84655 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>DCD TRANSFER - OREM<br>679 NORTH 1500 WEST<br>OREM, UT 84057 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>DCD TRANSFER - OREM<br>679 NORTH 1500 WEST<br>OREM, UT 84057 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 6,269 |
| ACCOUNT NO.<br><br>DCD-LINDON<br>679 N 1500 W<br>OREM, UT 84057 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 2,320 |

Sheet no. __36__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                             Subtotal ➤  $  8,818

                              Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                          ,          Case No. _____
                          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DE LAGE LANDEN FINANCIAL SERV<br>PO BOX 41601<br>PHILADELPHIA, PA   19101-1601 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 852 |
| ACCOUNT NO.<br><br>DEAN L WEBB & ASSOCIATES<br>580 E 9400 S<br>SANDY, UT 84070 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 1,147 |
| ACCOUNT NO.<br><br>DECKED OUT BUILDERS INC<br>14200 S 2603 W<br>BLUFFDALE, UT 84065 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>DELTA SERVICE ELECTRIC, LLC<br>3055 WEST 880 NORTH<br>PROVO, UT 84601 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 18,813 |
| ACCOUNT NO.<br><br>DESERT HILLS CONSTRUCTION, LLC<br>812 EAST VERMILLION<br>ST. GEORGE, UT 84790 | | | Incurred: 2006<br>Consideration: Construction Expense | | | | 0 |

Sheet no. __37__ of __130__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 20,812

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc.                      ,          Case No. _____
         **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Devin Bird<br>2009 E. 1400 S.<br>Springville, UT 8 4663 | | | Consideration: Unpaid wages | | | | 11,725 |
| ACCOUNT NO.<br><br>DHC DEVELOPMENT, LLC<br>503 AARON WAY<br>BOULDER CITY, NV 89005 | | | Incurred: 2009<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>DIAMOND RENTAL TOOLS & EQ. INC<br>4518 SOUTH 500 WEST<br>SALT LAKE CITY, UT 84123 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 3,251 |
| ACCOUNT NO.<br><br>DIVERSIFIED FINANCIAL SERVICES<br>P.O. BOX 95662<br>CHICAGO, IL  60694-5662 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 3,177 |
| ACCOUNT NO.<br><br>DOORS & MORE INC.<br>105 S STATE<br>OREM, UT 84058 | | | Incurred: 2006<br>Consideration: Construction Expense | | | | 0 |

Sheet no. __38__ of __131__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 18,153

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                    ,        Case No. _____
_____
          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> DHC DEVELOPMENT, LLC <br> 503 AARON WAY <br> BOULDER CITY, NV 89005 | | | Incurred: 2009 <br> Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. <br><br> DIAMOND RENTAL TOOLS & EQ. INC <br> 4518 SOUTH 500 WEST <br> SALT LAKE CITY, UT 84123 | | | Incurred: 2007-2008 <br> Consideration: Construction Expense | | | | 3,251 |
| ACCOUNT NO. <br><br> DIVERSIFIED FINANCIAL SERVICES <br> P.O. BOX 95662 <br> CHICAGO, IL  60694-5662 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 3,177 |
| ACCOUNT NO. <br><br> DOORS & MORE INC. <br> 105 S STATE <br> OREM, UT 84058 | | | Incurred: 2006 <br> Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. <br><br> DORA'S CLEANING <br> 614 NORTHSTAR DRIVE <br> ST GEORGE, UT 84770 | | | Incurred: 2007-2008 <br> Consideration: Construction Expense | | | | 3,981 |

Sheet no. _38_ of _130_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 10,409

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                    ,          Case No. _____
           _____
                        **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DOUBLE D BOLT, INC.<br>1165 NORTH 1565 WEST<br>OREM, UT 84057 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 600 |
| ACCOUNT NO.<br><br>DOUBLE S CONSTRUCTION INC<br>337 S 100 E<br>WASHINGTON, UT 84780 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 168 |
| ACCOUNT NO.<br><br>DOWNEY SAVINGS & LOAN<br>LOAN PAYMENT DEPARTMENT<br>PO BOX 25090<br>SANTA ANA, CA  92799-5090 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 4,125 |
| ACCOUNT NO.<br><br>DRAIN SURGEONS<br>PO BOX 1038<br>OREM, UT 84059 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 45 |
| ACCOUNT NO.<br><br>DRYWALL SURGEONS<br>1382 W CENTER<br>OREM, UT 84057 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 720 |

Sheet no. _39_ of _130_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    5,658

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc.                          ,          Case No. _____
                          **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DUDLEY & ASSOCIATES, INC.<br>353 E 1200 S<br>OREM, UT 84058 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 2,760 |
| ACCOUNT NO.<br><br>DURA-CRETE INC.<br>PO BOX 65489<br>SLC, UT 84165 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>DURA-CRETE INC.<br>PO BOX 65489<br>SLC, UT 84165 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 11,608 |
| ACCOUNT NO.<br><br>DYNO CONSTRUCTION INC.<br>1079 SOUTH 790 WEST<br>LEHI, UT 84043 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>E.A. LYMAN<br>8188 SOUTH HIGHLAND DRIVE<br>SANDY, UT 84093 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 1,365 |

Sheet no. __40__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    15,733

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re <u>C & A Construction Company, Inc.</u> , Case No. _____
              **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>EAGLEVIEW CONSTRUCTION<br>537 NORTH 355 WEST<br>OREM, UT 84057 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 15,733 |
| ACCOUNT NO.<br><br>EARL & SONS<br>307 E 1600 S<br>SPRINGVILLE, UT 84663 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>EASON MECHANICAL<br>60 W 600 N<br>HURRICANE, UT 84737 | | | Incurred: 2006-2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>EAST BENCH CANAL CORPORATION<br>900 EAST 1240 SOUTH<br>SPANISH FORK, UT 84660 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 230 |
| ACCOUNT NO.<br><br>EC CLEANING S.<br>3338 W 6370 S KINGSBROOK AVE.<br>WEST JORDAN, UT 84084 | | | Incurred: 208<br>Consideration: Construction Expense | | | | 1,000 |

Sheet no. <u>41</u> of <u>130</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $      16,963

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                        ,          Case No. _____
_____
        **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ECCO EQUIPMENT CORPORATION<br>1108 WEST 200 SOUTH<br>LINDON, UT 84042 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 4,847 |
| ACCOUNT NO.<br><br>ELECTRIC ROOTER<br>550 FINE DRIVE<br>S.L.C., , UT  84115 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 209 |
| ACCOUNT NO.<br><br>ELECTRICAL WHOLESALE SUPPLY<br>P.O. BOX 358<br>OREM, UT 84057 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>ELECTRICAL WHOLESALE SUPPLY<br>P.O. BOX 358<br>OREM, UT 84057 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 12,618 |
| ACCOUNT NO.<br><br>ELEGANT EXTERIORS<br>5142 SYCAMORE ROAD<br>CHEYENNE, WY 82001 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 675 |

Sheet no. __42__ of __130__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 18,349

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc. _____,     Case No. _____
        **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ELITE COUNTERTOPS<br>568 EAST 1700 SOUTH #5<br>AMERICAN FORK, UT 84003 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>EMC INSURANCE COMPANIES<br>PO BOX 370010<br>DENVER, CO   80237-0010 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 8,804 |
| ACCOUNT NO.<br><br>EMERALD RECYCLING<br>7343 EAST MARGINAL WAY SOUTH<br>SEATTLE, WA 98108 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>EMERALD RECYCLING<br>7343 EAST MARGINAL WAY SOUTH<br>SEATTLE, WA 98108 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 315 |
| ACCOUNT NO.<br><br>EMILIANO HERNANDEZ<br>690 N 440 W<br>OREM, UT 84057 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 1,080 |

Sheet no. __43__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $  10,199

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                        ,          Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>EMPIRE CUSTOM EXTERIORS<br>8385 S ALLEN ST. STE 132<br>SANDY, UT 84070 | | | Incurred: 2007-2009<br>Consideration: Construction Expense | | | | 7,452 |
| **ACCOUNT NO.**<br>ENVISION TECHNOLOGIES<br>PO BOX 1648<br>WEST JORDAN, UT 84084 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 332 |
| **ACCOUNT NO.**<br>EQ ACQUISITIONS 2003, INC<br>PO BOX 6214<br>INDIANAPOLIS, IN  46206-6214 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 1,773 |
| **ACCOUNT NO.**<br>ERCANBRACK CONSTRUCTION<br>147 N ANDERSON LN<br>LINDON, UT 84042 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |
| **ACCOUNT NO.**<br>ESCO SERVICES INC<br>2525 S 300 W<br>SALT LAKE CITY, UT 84115 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 263 |

Sheet no. __44__ of __130__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 9,820

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-9.755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc._____,          Case No. _____
                        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>EUROPEAN CABINET COMPANY<br>14892 S CONCORD PACK DRIVE<br>BLUFFDALE, UT 84065 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 2,155 |
| ACCOUNT NO.<br><br>EVANS GRADER & PAVING, INC.<br>2068 SOUTH MOUNTAIN VISTA LANE<br>PROVO, UT 84606 | | | Incurred: 2008-2009<br>Consideration: Construction Expense | | | | 7,500 |
| ACCOUNT NO.<br><br>EVCO HOUSE OF HOSE<br>2375 S. 300 W.<br>SLC, UT 84115 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 1,833 |
| ACCOUNT NO.<br><br>EVEREST PAINTING<br>P.O. BOX 911228<br>St. George, UT 84791 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 150 |
| ACCOUNT NO.<br><br>EVERGREEN BUSINESS SOLUTIONS,I<br>2863 SOUTH WEST TEMPLE<br>SALT LAKE CITY, UT  84115-3551 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 1,158 |

Sheet no. _45_ of _130_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   12,796

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc._____,    Case No. _____
                **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> EXCEL CONCRETE, INC <br> 1761 E HIDDEN HILLS RD <br> PO BOX 194 <br> EAGLE MOUNTAIN, UT 84043 | | | Incurred: 2007 <br> Consideration: Construction Expense | | | | 2,435 |
| ACCOUNT NO. <br><br> EXPRESS PERSONNEL SERVICES <br> 392 W 200 N <br> CEDAR CITY, UT 84720 | | | Incurred: 2007-2008 <br> Consideration: Construction Expense | | | | 8,388 |
| ACCOUNT NO. <br><br> FAB-TEC INC. <br> P.O. BOX 390 <br> WASHINGTON, UT 84780 | | | Incurred: 2006-2007 <br> Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. <br><br> FAB-TEC INC. <br> P.O. BOX 390 <br> WASHINGTON, UT 84780 | | | Incurred: 2006-2008 <br> Consideration: Construction Expense | | | | 27,503 |
| ACCOUNT NO. <br><br> FASTENAL - PROVO <br> P.O. BOX 978 <br> WINONA, MN   55987-0978 | | | Incurred: 2007-2008 <br> Consideration: Construction Expense | | | | 305 |

Sheet no. _46_ of _130_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 38,631

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc.                    ,          Case No. _____
                  **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> FEDERAL EXPRESS CORPORATION <br> PO BOX 7221 <br> PASADENA, CA  91109-7321 | | | Incurred: 5/13/2008 <br> Consideration: Construction Expense | | | | 161 |
| ACCOUNT NO. <br><br> FEDEX KINKO'S <br> PO BOX 672085 <br> DALLAS, TX  75267-2085 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 196 |
| ACCOUNT NO. <br><br> FINN-WALL INC. <br> 6915 SOUTH 700 WEST <br> MIDVALE, UT 84047 | | | Incurred: 2007 <br> Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. <br><br> FINSTER'S WELDING <br> CRAIG FINSTER <br> PO BOX 40 <br> GOSHEN, UT 84633 | | | Incurred: 2003-2004 <br> Consideration: Construction Expense | | | | 3,838 |
| ACCOUNT NO. <br><br> FIRE PROTECTION SERVICE <br> 3923 HARRISON BLVD <br> OGDEN, UT 84403 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 3,584 |

Sheet no. __47__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   7,779

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                    ,          Case No. _____
_____
        **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> FIRE SUPPRESSION SERVICES INC <br> 3802 S 2300 E <br> SALT LAKE CITY, UT 84109 | | | Incurred: 2007-2008 <br> Consideration: Construction Expense | | | | 22,316 |
| ACCOUNT NO. <br><br> FIRETROL PROTECTION SYSTEM <br> 3696 WEST 900 SOUTH, SUITE A <br> SLC, UT 84104 | | | Incurred: 2006-2007 <br> Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. <br><br> FIRETROL PROTECTION SYSTEM <br> 3696 WEST 900 SOUTH, SUITE A <br> SLC, UT 84104 | | | Incurred: 2006-2008 <br> Consideration: Construction Expense | | | | 85,271 |
| ACCOUNT NO. <br><br> FLATIRON DEVELOPMENT LLC <br> PO BOX 83 <br> BOUNTIFUL, UT 84011 | | | Incurred: 208 <br> Consideration: Construction Expense | | | | 550 |
| ACCOUNT NO. <br><br> FLINT LAND SURVEYING & CONSULTING INC <br> PO BOX 95029 <br> SOUTH JORDAN, UT 84095-5029 | | | Incurred: 2007 <br> Consideration: Construction Expense | | | | 3,370 |

Sheet no. _48_ of _130_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 111,507

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                    ,          Case No. _____
            **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FORD'S CLEANING & MAINTENANCE<br>899 NORTH 1100 EAST<br>PLEASANT GROVE, UT 84062 | | | Incurred: 2006<br>Consideration: Construction Expense | | | | 1,188 |
| ACCOUNT NO.<br><br>GABRIELA BUSTOS<br>1199 S SLATE CANYON DR<br>PROVO, UT 84606 | | | Incurred: 2009<br>Consideration: Construction Expense | | | | 940 |
| ACCOUNT NO.<br><br>GALE INSULATION<br>3884 S RIVER RD BLDG A<br>ST GEORGE, UT 84790 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 27,949 |
| ACCOUNT NO.<br><br>GARCIA'S WOODWORK<br>3213 SOUTH 2750 EAST<br>ST GEORGE, UT 84790 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>GARCIA'S WOODWORK<br>3213 SOUTH 2750 EAST<br>ST GEORGE, UT 84790 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |

Sheet no. _49_ of _130_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   30,077

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5-9.755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                        ,        Case No. _____
       **Debtor**                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GE CAPITAL<br>PO BOX 31001-0275<br>PASADENA, CA  91110-0275 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 22,294 |
| ACCOUNT NO.<br><br>GEM BUILDING SYSTEMS<br>1025 N. WATERY LANE<br>BRIGHAM CITY, UT 84302 | | | Incurred: 2003<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>GEM ENGINEERING<br>369 N 100 W<br>CEDAR CITY, UT 84720 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 931 |
| ACCOUNT NO.<br><br>GEMINI CONCRETE CUTTING<br>491 W 1500 S<br>PAYSON, UT 84651 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 3,230 |
| ACCOUNT NO.<br><br>GEMINI ELECTRIC<br>980 WEST 2100 NORTH<br>PROVO, UT 84604 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 17,026 |

Sheet no. _50_ of _130_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►   $   43,481

Total ►   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc._____,          Case No._____

        **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GENERAL ELECTRIC CO<br>PO BOX 840255<br>DALLAS, TX   75284-0255 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 7,088 |
| ACCOUNT NO.<br><br>GENERAL ROCK PRODUCTS<br>P.O. BOX 1496<br>COLORADO CITY, AZ 86021 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 367 |
| ACCOUNT NO.<br><br>GENEVA PIPE CO.<br>1465 W 400 N<br>OREM, UT 84057 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 3,206 |
| ACCOUNT NO.<br><br>GENEVA ROCK<br>1565 W 400 N<br>PO BOX 538<br>OREM, UT 84059 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>GENEVA ROCK<br>1565 W 400 N<br>PO BOX 538<br>OREM, UT 84059 | | | Incurred: 2008-2009<br>Consideration: Construction Expense | | | | 7,895 |

Sheet no. __51__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   18,556

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.    ,        Case No. _____
               **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GEOSTRATA LLC<br>781 W 14600 S<br>BLUFFDALE, UT 84065 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 2,277 |
| ACCOUNT NO.<br><br>GEOTECHNICAL TESTING SERVICES INC<br>1135 W 1130 N SUITE 1<br>ST GEORGE, UT 84770 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 535 |
| ACCOUNT NO.<br><br>GILBERT & STEWART, CPA'S<br>190 W. 800 N.<br>PROVO, UT 84601 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 6,375 |
| ACCOUNT NO.<br><br>GLOBAL FINISHING SOLUTIONS<br>PO BOX 250<br>OSSEO, WI 54758 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>GLOBAL FINISHING SOLUTIONS<br>PO BOX 250<br>OSSEO, WI 54758 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 68,644 |

Sheet no. _52_ of _130_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  77,831

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re    C & A Construction Company, Inc.                        ,        Case No. _____

    Debtor                                                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> GMAC MORTGAGE <br> PO BOX 79135 <br> PHOENIX, AZ   85062-9135 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 13,710 |
| ACCOUNT NO. <br><br> GMAC MORTGAGE <br> (EQUITYLINE) <br> PO BOX 780 <br> WATERLOO, IA   50704-0780 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 9,404 |
| ACCOUNT NO. <br><br> GMAC STEEL INC. <br> P.O. BOX 25906 <br> SALT LAKE CITY, UT 84125 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 134,561 |
| ACCOUNT NO. <br><br> GOLDEN ESCROW, INC <br> 1525 S GARFIELD AVENUE <br> ALHAMBRA, CA 91801 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 1,650 |
| ACCOUNT NO. <br><br> GOLDEN LANDSCAPING <br> 1182 WEST MATTHEW WAY <br> RIVERTON, UT 84065 <br> RIVERTON, UT 84065 | | | Incurred: 2007 <br> Consideration: Construction Expense | | | | 0 |

Sheet no. __53__ of __130__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    159,325

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                    ,        Case No. _____
                    **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GOLDEN LANDSCAPING<br>1182 WEST MATTHEW WAY<br>RIVERTON, UT 84065<br>RIVERTON, UT 84065 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 16,673 |
| ACCOUNT NO.<br><br>GRAND PRIX TIRE & AUTO CENTER<br>515 WEST 200 SOUTH<br>PO BOX 1795<br>PAROWAN, UT 84761 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 41 |
| ACCOUNT NO.<br><br>GRANT-HATCH & ASSOCIATES, INC.<br>PO BOX 9950<br>SLC, UT   84109-9950 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 55,720 |
| ACCOUNT NO.<br><br>GREENE CONCRETE CUTTING INC<br>1065 W. 750 SOUTH<br>WOODS CROSS, UT 84087 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 337 |
| ACCOUNT NO.<br><br>GREENLINE EQUIPMENT, LLC<br>PO BOX 337<br>TREMONTON, UT 84337 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 14,879 |

Sheet no. __54__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    87,650

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0



B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.           ,          Case No. _____
           **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GREGORY BIRD<br>4112 N. EDGEWOOD DRIVE<br>PROVO, UT 84604 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 438 |
| ACCOUNT NO.<br><br>GROW PAINTING INC.<br>2000 WEST 5400 SOUTH<br>TAYLORSVILLE, UT 84118 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 17,661 |
| ACCOUNT NO.<br><br>H & E EQUIPMENT COMPANY, LLC<br>4899 WEST 2100 SOUTH<br>SALT LAKE CITY, UT 84120 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 510 |
| ACCOUNT NO.<br><br>H & R ELECTRIC LLC.<br>600 N MAIN<br>SPRINGVILLE, UT 84663 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 203 |
| ACCOUNT NO.<br><br>H.E. DAVIS CONSTRUCTION,INC.<br>252 WEST CENTER STREET<br>PO BOX 1955<br>OREM, UT  84059-1955 | | | Incurred: 2004<br>Consideration: Construction Expense | | | | 0 |

Sheet no. __55__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 18,812

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                    ,        Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HANSEN-ALL SEASONS<br>175 S GENEVA RD<br>LINDON, UT 84042 | | | Incurred: 12/17/2007<br>Consideration: Construction Expense | | | | 846 |
| ACCOUNT NO.<br><br>HARMONS<br>470 WEST 100 NORTH<br>PROVO, UT 84601 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 453 |
| ACCOUNT NO.<br><br>HARPER'S SAND & GRAVEL<br>PO BOX 18400<br>SALT LAKE CITY, UT 84118 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 6,481 |
| ACCOUNT NO.<br><br>HARRIS-DUDLEY COMPANY INC<br>3039 SOUTH SPECIALTY CIRCLE<br>SALT LAKE CITY, UT 84115 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 4,567 |
| ACCOUNT NO.<br><br>HARWARD IRRIGATION, INC<br>940 S 2000 W<br>SPRINGVILLE, UT 84663 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |

Sheet no. __56__ of __130__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   12,347

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5-9.755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc._____,          Case No. _____
                            **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> HARWARD IRRIGATION, INC <br> 940 S 2000 W <br> SPRINGVILLE, UT 84663 | | | Incurred: 2007 <br> Consideration: Construction Expense | | | | 1,279 |
| ACCOUNT NO. <br><br> HEBER LIGHT & POWER <br> 31 S 100 W <br> HEBER, UT 84032 | | | Incurred: 2008-2009 <br> Consideration: Construction Expense | | | | 52 |
| ACCOUNT NO. <br><br> HELIUS LIGHTING GROUP, LLC <br> 2135 S WEST TEMPLE <br> SALT LAKE CITY, UT 84115 | | | Incurred: 2007 <br> Consideration: Construction Expense | | | | 18,256 |
| ACCOUNT NO. <br><br> HFP SYSTEMS, INC <br> 1400 E 1000 S <br> SPRINGVILLE, UT 84663 | | | Incurred: 2007 <br> Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. <br><br> HFP SYSTEMS, INC <br> 1400 E 1000 S <br> SPRINGVILLE, UT 84663 | | | Incurred: 2007-2008 <br> Consideration: Construction Expense | | | | 0 |

Sheet no. _57_ of _130_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 19,587

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc.                        ,        Case No. _____
                        **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  HIGH COUNTRY-GRANITE & MARBLE 266 EAST MAIN LEHI, UT 84043 | | | Incurred: 2007 Consideration: Construction Expense | | | | 306 |
| ACCOUNT NO.  HILLCREST CONSTRUCTION, INC. 930 E MAIN CANYON RD WALLSBURG, UT 84082 | | | Incurred: 2007 Consideration: Construction Expense | | | | 1,120 |
| ACCOUNT NO.  HOLBROOK ASPHALT COMPANY PO BOX 984 ST GEORGE, UT 84771 | | | Incurred: 2007-2008 Consideration: Construction Expense | | | | 56,582 |
| ACCOUNT NO.  HOLLIMAN SIDING & HOME IMPROVE P.O. BOX 5059 PROVO, UT 84605 | | | Incurred: 2007 Consideration: Construction Expense | | | | 5,561 |
| ACCOUNT NO.  HOLMES HEATING 701 E STATE ST LEHI, UT 84043 | | | Incurred: 2/7/2007 Consideration: Construction Expense | | | | 130 |

Sheet no. __58__ of __130__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 63,699

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc.                    ,        Case No. _____
              **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HONEY BUCKET<br>2439 S CONSTITUTION BLVD<br>WEST VALLEY CITY, UT 84119 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 316 |
| ACCOUNT NO.<br><br>HQ CABINETS LLC<br>1278 N 750 W<br>SPRINGVILLE, UT 84663 | | | Incurred: 2006-2008<br>Consideration: Construction Expense | | | | 11,598 |
| ACCOUNT NO.<br><br>HUMPHRIES WELDING SUPPLY INC<br>1825 North Main Street<br>Spanish Fork, UT 84660 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 262 |
| ACCOUNT NO.<br><br>HUNTER'S PORTABLE TOILETS<br>451 N 5700 W<br>CEDAR CITY, UT 84720 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 600 |
| ACCOUNT NO.<br><br>HUTCH'S/TAR BABES INC<br>P.O. BOX 3218<br>ST GEORGE, UT 84770 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |

Sheet no.  59  of 130  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 12,776

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re   C & A Construction Company, Inc.                    ,          Case No. _____

                 **Debtor**                                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>IDC INTERSTATE DISTRIBUTION C<br>3962 LANDMARK ST<br>PO BOX 1925<br>CULVER CITY, CA  90232-1923 | | | Incurred: 11/5/2008<br>Consideration: Construction Expense | | | | 774 |
| ACCOUNT NO.<br><br>IG SIGNS<br>1021 E PACIFIC DRIVE<br>AMERICAN FORK, UT 84003 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 2,459 |
| ACCOUNT NO.<br><br>IMPERIAL WINDOW & DOOR<br>380 S MAIN<br>CEDAR CITY, UT 84720 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 44,982 |
| ACCOUNT NO.<br><br>INDUSTRIAL SUPPLY, INC<br>P.O. BOX 30600<br>SLC, UT 84130 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>INDUSTRIAL SUPPLY, INC<br>P.O. BOX 30600<br>SLC, UT 84130 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 417 |

Sheet no. __60__ of __130__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   48,632

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __C & A Construction Company, Inc._____,        Case No. _____
        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>INTERMOUNTAIN CONCRET. SPEC.<br>625 EAST MAIN<br>VERNAL, UT 84078 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 6,113 |
| ACCOUNT NO.<br><br>INTERMOUNTAIN CONCRETE STGEORG<br>1280 E 700 N<br>ST GEORGE, UT 84770 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 1,824 |
| ACCOUNT NO.<br><br>INTERMOUNTAIN MARTIN DOOR<br>61 SOUTH 100 WEST #B<br>PAYSON, UT 84651 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 4,410 |
| ACCOUNT NO.<br><br>INTERMOUNTAIN SPECIALTIES, INC<br>4595 S CHERRY ST<br>SALT LAKE CITY, UT 84123 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 4,775 |
| ACCOUNT NO.<br><br>INTERPACE INDUSTRIES, INC<br>P.O. BOX 12118<br>OGDEN, UT 84412 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 1,090 |

Sheet no. _61_ of _130_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 18,212

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    C & A Construction Company, Inc.                              ,    Case No. _____

                    **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>INTERSTATE PAINTING INC<br>P O BOX 482<br>CEDAR CITY, UT 84720 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 42,753 |
| ACCOUNT NO.<br><br>INTERSTATE PARTS & SUPPLY<br>1200 N. HIGHWAY 89<br>MAPLETON, UT   84664-3139 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 25 |
| ACCOUNT NO.<br><br>INTERWEST INSULATION<br>1287 W 300 S<br>LINDON, UT 84042 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>INTERWEST INSULATION<br>1287 W 300 S<br>LINDON, UT 84042 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 82,347 |
| ACCOUNT NO.<br><br>INTERWEST SAFETY SUPPLY, INC.<br>724 E. 1860 S.<br>P.O. BOX 31<br>PROVO, UT 84603 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 603 |

Sheet no. __62__ of __130__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    125,728

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc._____,      Case No. _____
                    **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. IRON COUNTY TREASURER PO BOX 369 PAROWAN, UT 84761 | | | Incurred: 2008 Consideration: Construction Expense | | | | 86,300 |
| ACCOUNT NO. IRS Attn: Special Procedures, Mail Stop 5021 50 South 200 East Salt Lake City, UT 84111 | | | Incurred: 0 Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. IRS Attn: Special Procedures, Mail Stop 5021 50 South 200 East Salt Lake City, UT 84111 | | | Incurred: 2008 | | | | 120,382 |
| ACCOUNT NO. IRWIN COMMERCIAL FINANCE CORP PO BOX 6214 INDIANAPOLIS, IN  46206-6214 | | | Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. IRWIN COMMERCIAL FINANCE CORP PO BOX 6214 INDIANAPOLIS, IN  46206-6214 | | | Incurred: 2008 Consideration: Construction Expense | | | | 7,429 |

Sheet no. _63_ of _130_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 214,111

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                    ,          Case No. _____
         **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>J & J OIL<br>55 E. 680 S.<br>PROVO, UT   84606-6129 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>J NELSON PLUMBING INC<br>PO BOX 521<br>CEDAR CITY, UT 84721 | | | Incurred: 2006-2007<br>Consideration: Construction Expense | | | | 5,359 |
| ACCOUNT NO.<br><br>J.L. PLUMBING AND HEATING, INC<br>1219 W 1600 N<br>LEHI, UT 84043 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 1,472 |
| ACCOUNT NO.<br><br>JACKETTA SWEEPING SERVICES<br>2636 S. 3270 W.<br>WEST VALLEY, UT 84119 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 215 |
| ACCOUNT NO.<br><br>JARED BERGER PLUMBING<br>P.O.BOX 910892<br>ST GEORGE, UT 84791 | | | Consideration: Construction Expense | | | | 0 |

Sheet no. __64__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $  7,046

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re __C & A Construction Company, Inc._____,        Case No. _____
        **Debtor**                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>JARED BERGER PLUMBING<br>P.O.BOX 910892<br>ST GEORGE, UT 84791 | | | Incurred: 2006<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br>JENKINS PLUMBING CO<br>964 E 900 S<br>SALT LAKE CITY, UT 84105 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 140 |
| ACCOUNT NO.<br>JOHN BENNION PAINTING<br>554 NORTH 800 EAST<br>PROVO, UT 84606 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 45,897 |
| ACCOUNT NO.<br>JOHN DEERE CREDIT<br>PO BOX 4450<br>CAROL STREAM, IL  60197-4450 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 5,292 |
| ACCOUNT NO.<br>JOHN RAGAN<br>425 N 900 E<br>AMERICAN FORK, UT 84003 | | | Incurred: 2009<br>Consideration: Construction Expense | | | | 8,261 |

Sheet no. __65__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 59,590
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.



In re ___C & A Construction Company, Inc._____,        Case No. _____
         **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> JONES CONSTRUCTION <br> 150 EAST 400 NORTH <br> PAROWAN, UT 84761 | | | Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. <br><br> JONES CONSTRUCTION <br> 150 EAST 400 NORTH <br> PAROWAN, UT 84761 | | | Incurred: 2007-2008 <br> Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. <br><br> JONES PAINT & GLASS - AF <br> 53 EAST MAIN STREET <br> AMERICAN FORK, UT 84003 | | | Incurred: 2007 <br> Consideration: Construction Expense | | | | 185 |
| ACCOUNT NO. <br><br> JONES PAINT & GLASS - CEDAR CITY <br> 38 E 1600 N <br> CEDAR CITY, UT 84720 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 1,337 |
| ACCOUNT NO. <br><br> JONES PAINT & GLASS - PROVO <br> 170 N. 100 W. <br> P.O. BOX 1403 <br> PROVO, UT  84603-1403 | | | Incurred: 2007 <br> Consideration: Construction Expense | | | | 40,131 |

Sheet no. __66__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 41,653

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-9.755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                    ,          Case No. _____
            **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>JTB CONSTRUCTION & DRYWALL<br>1032 SOUTH GENEVA ROAD<br>OREM, UT 84058 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 22,236 |
| ACCOUNT NO.<br><br>JTB CONSTRUCTION & DRYWALL<br>38 E 1600 N<br>CEDAR CITY, UT 84720 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 22,236 |
| ACCOUNT NO.<br><br>JTM STUCCO & PLASTERING LLC<br>477 SOUTH 3000 WEST<br>SYRACUSE, UT 84075 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 6,500 |
| ACCOUNT NO.<br><br>JUST IN TIME<br>160 E HELM AVE<br>SLC, UT 84115 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 203 |
| ACCOUNT NO.<br><br>JUST LIKE NEW CLEANING<br>5108 CABLE AVE.<br>CHEYENNE, WY 82009 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |

Sheet no. _67_ of _130_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  51,175

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                    ,        Case No. _____
            **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>JUST LIKE NEW CLEANING<br>5108 CABLE AVE.<br>CHEYENNE, WY 82009 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>Kami Su Bird<br>4112 N. Edgewood Dr.<br>Provo, UT 84604 | | | Consideration: Unpaid wages | | | | 3,982 |
| ACCOUNT NO.<br><br>KC HEATING & AIR CONDITIONING<br>PO BOX 572461<br>SLC, UT   84157-2461 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 5,575 |
| ACCOUNT NO.<br><br>KELLEY PLUMBING & HEATING SERVICES INC<br>8744 S SANDY PARKWAY SUITE C<br>SANDY, UT 84070 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 3,084 |
| ACCOUNT NO.<br><br>KEN BETTRIDGE DISTRIBUTING INC<br>PO BOX 338<br>CEDAR CITY, UT 84721 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 726 |

Sheet no.  68  of  131  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $       13,367

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc.                    ,          Case No. _____
                     **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>KC HEATING & AIR CONDITIONING<br>PO BOX 572461<br>SLC, UT   84157-2461 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 5,575 |
| ACCOUNT NO.<br><br>KELLEY PLUMBING & HEATING SERVICES INC<br>8744 S SANDY PARKWAY SUITE C<br>SANDY, UT 84070 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 3,084 |
| ACCOUNT NO.<br><br>KEN BETTRIDGE DISTRIBUTING INC<br>PO BOX 338<br>CEDAR CITY, UT 84721 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 726 |
| ACCOUNT NO.<br><br>KEN'S DRYWALL<br>237 E 1000 N<br>OREM, UT 84057 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>KEN'S DRYWALL<br>237 E 1000 N<br>OREM, UT 84057 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 37,151 |

Sheet no. __68__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   46,536

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___C & A Construction Company, Inc._____,   Case No. _____

            **Debtor**                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>KEVIN D MAJOR INC<br>PO BOX 343<br>MIDVALE, UT 84047 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 157 |
| ACCOUNT NO.<br><br>KIRTON MCCONKIE<br>1800 EAGLE GATE TOWER<br>SALT LAKE CITY, UT   84145-0120 | | | Incurred: 2008-2009<br>Consideration: Construction Expense | | | | 22,374 |
| ACCOUNT NO.<br><br>KITCHENS DIRECT, INC.<br>523 N GENEVA RD<br>PO BOX 803<br>PLEASANT GROVE, UT 84062 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>KK SPECIALTY CONSTRUCTION<br>3237 W 4630 S<br>WEST VALLEY CITY, UT 84119 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 10,204 |
| ACCOUNT NO.<br><br>KOMATSU EQUIPMENT COMPANY, INC<br>2350 WEST 1500 SOUTH<br>SALT LAKE CITY, UT 84104 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 32,937 |

Sheet no. __69__ of __130__ continuation sheets attached               Subtotal ➤ | $ | 65,672
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims                                       Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5-9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc.                   ,          Case No. _____
                    **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>KOMATSU FINANCIAL-ATTN: ERIC<br>ONE CONTINENTAL TOWERS<br>1701 W GOLF ROAD, SUITE 300<br>ROLLING MEADOWS, IL 60008 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 43,814 |
| ACCOUNT NO.<br><br>KREBS, LANNY<br>1285 S 550 E<br>SPRINGVILLE, UT 84663 | | | Incurred: 2009<br>Consideration: Construction Expense | | | | 4,476 |
| ACCOUNT NO.<br><br>KUKAL CRANES INC.<br>5969 NORTH HIGHLAND DRIVE<br>MOUNTAIN GREEN, UT 84050 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 280 |
| ACCOUNT NO.<br><br>KWAL - HOWELLS PROVO<br>DEPT 237<br>DENVER, CO   80291-0237 | | | Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>KWAL - HOWELLS PROVO<br>DEPT 237<br>DENVER, CO   80291-0237 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 5,980 |

Sheet no. __70__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 54,550

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re <u>C & A Construction Company, Inc.</u>,    Case No. _____
        **Debtor**                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>KWAL-HOWELLS - SALT LAKE CITY<br>4285 SOUTH STATE<br>S L C, UT 84107 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 435 |
| ACCOUNT NO.<br>LAND DEVELOPMENT INC<br>PO BOX 999 #3151<br>PAROWAN, UT 84761 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 3,791 |
| ACCOUNT NO.<br>LEAF<br>PO BOX 643172<br>CINCINNATI, OH   45264-3172 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 717 |
| ACCOUNT NO.<br>LEAF<br>PO BOX 643172<br>CINCINNATI, OH   45264-3172 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 10,055 |
| ACCOUNT NO.<br>LELAND BIRD<br>1853 S. 375 E.<br>SPRINGVILLE, UT 84663 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 3,054 |

Sheet no. <u>71</u> of <u>130</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    18,052

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc.                    ,   Case No. _____
 Debtor                                                                                         (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>LES SCHWAB<br>965 S UNIVERSITY AVE<br>PROVO, UT 84601 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 4,562 |
| ACCOUNT NO.<br><br>LIMITED EDITION PAINTING LLC<br>534 NORTH 50 EAST<br>SANTAQUIN, UT 84655 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>M&L CONSTRUCTION INC<br>4650 JUDSON AVE #C<br>LAS VEGAS, NV 89115 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 43,341 |
| ACCOUNT NO.<br><br>M&O ENGINEERING<br>911 S 1100 E<br>SPRINGVILLE, UT 84663 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 310 |
| ACCOUNT NO.<br><br>M.E.R. WIRING SERVICES<br>P.O. BOX 206<br>PROVO, UT 84604 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 6,488 |

Sheet no. _72_ of _130_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 54,701

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                    ,        Case No. _____
_____
            **Debtor**                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MAJESTIC CABINETS, INC<br>PO BOX 1042<br>AMERICAN FORK, UT 84003 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 3,960 |
| ACCOUNT NO.<br><br>MANIFEST FUNDING SERVICES<br>PO BOX 790448<br>ST. LOUIS, MO  63179-0448 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 8,756 |
| ACCOUNT NO.<br><br>MASS MUTUAL<br>APA BENEFITS, INC. ATTN: DIANA<br>948 EAST 7145 SOUTH #C104<br>MIDVALE, UT 84047 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>MASS MUTUAL<br>APA BENEFITS, INC. ATTN: DIANA<br>948 EAST 7145 SOUTH #C104<br>MIDVALE, UT 84047 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 65,322 |
| ACCOUNT NO.<br><br>MCGRAW HILL CONSTRUCTION ENR<br>7625 COLLECTION CENTER DR<br>CHICAGO, IL  60693-0076 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 496 |

Sheet no. _73_ of _130_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    78,534

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-9.755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___C & A Construction Company, Inc._____,    Case No. _____
          **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MESA CONSULTING GROUP<br>53 N MAIN<br>ST GEORGE, UT 84770 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 1,847 |
| ACCOUNT NO.<br><br>METRO PORCELAIN & FIBERGLASS<br>3974 West 8350 South<br>West Jordan, UT 84088 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 425 |
| ACCOUNT NO.<br><br>MHTN ARCHITECTS<br>420 EAST SOUTH TEMPLE, STE 100<br>SLC, UT   84111-1300 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 16,082 |
| ACCOUNT NO.<br><br>MICHELLE BELLINI<br>3962 EDGEWATER DR<br>PROVO, UT 84604 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 562 |
| ACCOUNT NO.<br><br>MID ATLANTIC TRUST CO<br>PO BOX 23368<br>PITTSBURGH, PA 15222 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 0 |

Sheet no. __74__ of _130_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $  18,916

Total ➤  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                              ,          Case No. _____
            **Debtor**                                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MID ATLANTIC TRUST CO<br>PO BOX 23368<br>PITTSBURGH, PA 15222 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 47,604 |
| ACCOUNT NO.<br><br>MILLER CONSULTING INC<br>32 W TABERNACLE ST<br>ST GEORGE, UT 84770 | | | Incurred: 2006<br>Consideration: Construction Expense | | | | 1,200 |
| ACCOUNT NO.<br><br>MJR CONSTRUCTION<br>560 E 400 N<br>OREM, UT 84097 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>MOBILE MINI, INC.<br>ATTN: PAYMENT PROCESSING<br>PO BOX 79149<br>PHOENIX, AZ  85062-9149 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>MOBILE MINI, INC.<br>ATTN: PAYMENT PROCESSING<br>PO BOX 79149<br>PHOENIX, AZ  85062-9149 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 1,804 |

Sheet no. __75__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   50,608

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-9.755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                    ,        Case No. _____
              **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MOMENTUM DESIGN<br>485 NORTH 1200 WEST<br>LINDON, UT 84042 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 2,604 |
| ACCOUNT NO.<br><br>MONSEN ENGINEERING, INC<br>960 S. MAIN<br>SLC, UT 84101 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 301 |
| ACCOUNT NO.<br><br>MORTY'S LANDSCAPING INC<br>126 S 300 E<br>AMERICAN FORK, UT 84003 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 38,076 |
| ACCOUNT NO.<br><br>MOUNT OLYMPUS WATERS<br>1825 SOUTH 3730 WEST<br>P.O. BOX 25426<br>SALT LAKE CITY, UT 84125 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 601 |
| ACCOUNT NO.<br><br>MOUNTAIN AIRE HEATING &<br>COOL LLC<br>1183 S 148 W<br>OREM, UT 84058 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 1,713 |

Sheet no. _76_ of _130_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $        43,295

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5-9.755 - 31694-301X-06410 - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  C & A Construction Company, Inc.                          ,        Case No. _____
                   **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MOUNTAIN ALARM<br>P.O. BOX 12487<br>OGDEN, UT 84412 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>MOUNTAIN ALARM<br>P.O. BOX 12487<br>OGDEN, UT 84412 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 2,396 |
| ACCOUNT NO.<br><br>MOUNTAIN COUNTRY PROPANE<br>PO BOX 459<br>REXBURG, ID 83440 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>MOUNTAIN SPRINGS TRUCK WASH & REPAIR<br>1450 NORTH 1750 WEST<br>SPRINGVILLE, UT 84663 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 95 |
| ACCOUNT NO.<br><br>MOUNTAIN STATES FENCE CO.<br>3737 SO. 500 WEST<br>SALT LAKE, UT 84115 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 11,134 |

Sheet no.  77  of 130  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  13,625

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0



B6F (Official Form 6F) (12/07) - Cont.

In re    C & A Construction Company, Inc.                    ,          Case No. _____
                                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>MOUNTAIN VALLEY TEMP. CONTROL<br>PO BOX 429<br>PLEASANT GROVE, UT 84062 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br>MOUNTAINLAND SUPPLY<br>1505 W. 130 S.<br>P.O. BOX 10<br>OREM, UT  84059-0010 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br>MOUNTAINLAND SUPPLY<br>1505 W. 130 S.<br>P.O. BOX 10<br>OREM, UT  84059-0010 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br>MOUNTAINLAND SUPPLY-ST GEORGE<br>PO BOX 130<br>OREM, UT  84059-0130 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 1,231 |
| ACCOUNT NO.<br>MOUNTAINWEST SECURITY SYSTEM<br>222 W 300 S<br>OREM, UT 84058 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 1,060 |

Sheet no. __78__ of __130__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   2,291

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  C & A Construction Company, Inc.                              ,        Case No. _____
       **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>MR. FIREPLACE<br>2113 N MAIN #8<br>CEDAR CITY, UT 84720 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 960 |
| ACCOUNT NO.<br>NB PLUMBING & MECHANICAL<br>205 N 100 W<br>NEPHI, UT 84648 | | | Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br>NB PLUMBING & MECHANICAL<br>205 N 100 W<br>NEPHI, UT 84648 | | | Incurred: 2006-2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br>NELSON CONTRACTORS<br>PO BOX 571129<br>MURRAY, UT 84157 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br>NEW HORIZON ENGINEERING<br>252 N 200 W<br>CEDAR CITY, UT 84720 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 1,597 |

Sheet no. 79 of 130 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 2,557

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re C & A Construction Company, Inc. _____,  Case No. _____
     **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>NEWMAN WOOD SYSTEMS<br>9441 SOUTH BAGLEY PARK ROAD<br>WEST JORDAN, UT 84088 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br>NOEL WILLIAMS<br>P.O. BOX 27436<br>SALT LAKE CITY, UT  84127-0436 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 10,187 |
| ACCOUNT NO.<br>NOELLE'S FRAME & DESIGN<br>187 N 1165 E<br>LINDON, UT 84042 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 2,065 |
| ACCOUNT NO.<br>NORTHWEST FENCE, INC<br>240 S 1060 W<br>LINDON, UT 84042 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 3,088 |
| ACCOUNT NO.<br>OCE IMAGISTICS INC<br>PO BOX 2743<br>PORTLAND, OR 97208 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 464 |

Sheet no. 80 of 130 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $ 15,804

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re    C & A Construction Company, Inc.                        ,        Case No. _____
            **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>OIL-WELL, INC<br>4050 SOUTH HOWICK ST. SUITE 2<br>SLC, UT 84107 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>OVERMAN CONCRETE, INC.<br>1675 N 1820 W<br>PROVO, UT   84604-7201 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 15,000 |
| ACCOUNT NO.<br><br>PACIFIC LIFE INSURANCE COMPANY<br>LIFE INSURANCE OPERATIONS CENTER<br>PO BOX 2030<br>OMAHA, NE   68103-2030 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 10,500 |
| ACCOUNT NO.<br><br>PACIFIC TRI-STAR, INC.<br>3092 N 2000 W<br>FAR WEST, UT 84404 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 5,863 |
| ACCOUNT NO.<br><br>PARAMOUNT TILE AND STONE<br>1629 SOUTH AZURE RIDGE CIR.<br>WASHINGTON, UT 84780 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 3,592 |

Sheet no. __81__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        34,955

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___C & A Construction Company, Inc._____,     Case No. _____
              **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PAROWAN ROCK PRODUCTS<br>PO BOX 101<br>PAROWAN, UT 84761 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 3,278 |
| ACCOUNT NO.<br><br>PARR WADDOUPS BROWN GEE & LOVE<br>PO BOX 11019<br>SALT LAKE CITY, UT 84147 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 7,907 |
| ACCOUNT NO.<br><br>PARRISH CONSTRUCTION, INC<br>1445 EAST 300 NORTH<br>AMERICAN FORK, UT 84003 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 2,635 |
| ACCOUNT NO.<br><br>PAYSON CITY<br>439 WEST UTAH AVENUE<br>PAYSON, UT   84651-2097 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 1,704 |
| ACCOUNT NO.<br><br>PEPPERTREE KITCHEN & BATH, INC<br>7940 S 1300 W<br>WEST JORDAN, UT 84088 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 706 |

Sheet no. _82_ of _130_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    16,230

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0



B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc. _____,  Case No. _____
_____
Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> PETERSON PLUMBING SUPPLY, INC. <br> 90 NORTH 600 EAST <br> P.O. BOX 340 <br> RICHFIELD, UT 84701 | | | Incurred: 2007 <br> Consideration: Construction Expense | | | | 59 |
| ACCOUNT NO. <br> PIBI TILE INC. <br> 215 N GENEVA RD <br> PROVO, UT 84601 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 14,178 |
| ACCOUNT NO. <br> PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC <br> P. O. BOX 856460 <br> LOUISVILLE, KY  40285-6460 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 688 |
| ACCOUNT NO. <br> PITNEY BOWES PURCHASE POWER <br> POSTAGE BY PHONE PLUS <br> PO BOX 856042 <br> LOUISVILLE, KY  40285-6042 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 1,225 |
| ACCOUNT NO. <br> PLATT <br> PO BOX 2858 <br> PORTLAND, OR   97208-2858 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 17 |

Sheet no. __83__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $         16,167

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc.                    ,          Case No. _____
               **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PLUMB CRAZY PLUMBING LLC<br>1232 W 1500 N<br>PLEASANT GROVE, UT 84602 | | | Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>PLUMB CRAZY PLUMBING LLC<br>1232 W 1500 N<br>PLEASANT GROVE, UT 84602 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 375 |
| ACCOUNT NO.<br><br>PRECAST CONCRETE PRODUCTS LLC<br>492 S 250 W<br>PLEASANT GROVE, UT 84062 | | | Incurred: 2008-2009<br>Consideration: Construction Expense | | | | 9,403 |
| ACCOUNT NO.<br><br>PRECISION COATINGS<br>1295 WEST 1650 NORTH<br>SPRINGVILLE, UT 84663 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 1,582 |
| ACCOUNT NO.<br><br>PRECISION MANHOLES, INC.<br>PO BOX 211<br>LEHI, UT 84043 | | | Incurred: 2009<br>Consideration: Construction Expense | | | | 3,102 |

Sheet no. __84__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   14,462

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc.                    ,        Case No. _____
              **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PROGRESSIVE CONTRACTING, INC<br>230 E TABERNACLE<br>PO BOX 1930<br>ST GEORGE, UT 84771 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 1,050 |
| ACCOUNT NO.<br><br>PROSTAR DOOR & WINDOW<br>674 N. 800 W.<br>CEDAR CITY, UT 84720 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 1,159 |
| ACCOUNT NO.<br><br>PROVO CITY<br>351 WEST CENTER<br>PROVO, UT 84601 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 50 |
| ACCOUNT NO.<br><br>PROVO CITY UTILITIES<br>PO BOX 658<br>PROVO, UT   84603-0658 | | | Incurred: 0<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>PROVO CITY UTILITIES<br>PO BOX 658<br>PROVO, UT   84603-0658 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 273 |

Sheet no. __85__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 2,532
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc.                    ,          Case No. _____
              **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> PRW ARCHITECTURE, INC. <br> 1065 N HWY 89 STE 201 <br> NORTH SALT LAKE, UT 84054 | | | Incurred: 2006-2007 <br> Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. <br><br> PSS UTAH <br> PO BOX 840 <br> MESQUITE, NV 89024 | | | Incurred: 2007 <br> Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. <br><br> QUALITY CRAFT WOOD WORKS INC <br> HC 60 BOX 203 <br> ROCKY RIDGE, UT 84645 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 33,259 |
| ACCOUNT NO. <br><br> QUALITY FIRE PROTECTION <br> 1614 W 2350 S <br> WOODS CROSS, UT 84087 | | | Incurred: 2007-2008 <br> Consideration: Construction Expense | | | | 12,706 |
| ACCOUNT NO. <br><br> QUALITY PAVING & PATCHING LLC <br> 1757 S MOUNTAIN VIEW ROAD <br> SPRINGVILLE, UT 84663 | | | Incurred: 2009 <br> Consideration: Construction Expense | | | | 5,407 |

Sheet no. __86__ of _130_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 51,372

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc.                          ,          Case No. _____
           **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> QUALITY TESTING & INSPECTION <br> 1120 W. 135 S. <br> LINDON, UT 84042 | | | Incurred: 2007 <br> Consideration: Construction Expense | | | | 100 |
| ACCOUNT NO. <br><br> QUESTAR GAS <br> QUESTAR GAS  DNR 114-TAMMY <br> PO BOX 3194 <br> SALT LAKE CITY, UT 84110 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. <br><br> QUESTAR GAS <br> QUESTAR GAS  DNR 114-TAMMY <br> PO BOX 3194 <br> SALT LAKE CITY, UT 84110 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 1,676 |
| ACCOUNT NO. <br><br> QUILL CORPORATION <br> PO BOX 37600 <br> PHILADELPHIA, PA   19101-0600 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 137 |
| ACCOUNT NO. <br><br> QWEST <br> PO BOX 29039 <br> PHOENIX, AZ   85038-9039 | | | Incurred: 0 <br> Consideration: Construction Expense | | | | 0 |

Sheet no.  87  of 130  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  1,913

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                              ,        Case No. _____
              **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>QWEST<br>PO BOX 29039<br>PHOENIX, AZ  85038-9039 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 3,208 |
| ACCOUNT NO.<br><br>QWEST CLAIMS<br>615 N CLASSEN<br>OKLAHOMA CITY, OK 73106 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 917 |
| ACCOUNT NO.<br><br>RAC, INC<br>PO BOX 4208<br>ST GEORGE, UT 84771 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 2,540 |
| ACCOUNT NO.<br><br>RAINBOW SIGN & BANNER<br>244 NORTH WESTVIEW DR. #1<br>CEDAR CITY, UT 84720 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 495 |
| ACCOUNT NO.<br><br>RAINBOW SIGNS & BANNER CORP<br>181 EAST RIVERSIDE DRIVE #1<br>ST. GEORGE, UT 84790 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 1,492 |

Sheet no. __88__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  8,652

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                    ,        Case No. _____
              **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> RAINTIGHT ROOFING <br> 15024 SOUTH ROSE CREEK <br> HERRIMAN, UT 84096 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. <br> RAM ORNAMENTAL <br> 182 W 920 S <br> PROVO, UT 84601 | | | Incurred: 2007 <br> Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. <br> RAM ORNAMENTAL <br> 182 W 920 S <br> PROVO, UT 84601 | | | Incurred: 2007-2008 <br> Consideration: Construction Expense | | | | 4,804 |
| ACCOUNT NO. <br> RC WILLEY <br> PO BOX 410429 <br> SALT LAKE CITY, UT  84141-0429 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 2,007 |
| ACCOUNT NO. <br> RDI DESIGN COMPANY <br> 1020 EAST YALE AVENUE <br> SALT LAKE CITY, UT 84105 | | | Incurred: 2007 <br> Consideration: Construction Expense | | | | 1,470 |

Sheet no. __89__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    8,281

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc.                    ,          Case No. _____
              **Debtor**                                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> REBER PAINTING INC <br> 412 N 100 E <br> CEDAR CITY, UT 84720 | | | Incurred: 2007 <br> Consideration: Construction Expense | | | | 0 |
| **ACCOUNT NO.** <br><br> REDD ROOFING COMPANY, INC. <br> 2772 H AVENUE <br> PO BOX 1304 <br> OGDEN, UT 84402 | | | Incurred: 2007-2008 <br> Consideration: Construction Expense | | | | 42,359 |
| **ACCOUNT NO.** <br><br> RELIANCE ELECTRIC <br> PO BOX 840575 <br> HILDALE, UT 84785 | | | Incurred: 2007-2008 <br> Consideration: Construction Expense | | | | 9,729 |
| **ACCOUNT NO.** <br><br> RESCAPE CONSTRUCTION <br> 629 EAST 180 NORTH <br> TOOELE, UT 84074 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 25,537 |
| **ACCOUNT NO.** <br><br> RESCUE ROOTER, INC. <br> 2105 W. CALIFORNIA AVE #2 <br> P. O. BOX 27446 <br> SALT LAKE CITY, UT  84127-0446 | | | Incurred: 2009 <br> Consideration: Construction Expense | | | | 439 |

Sheet no. __90__ of __130__ continuation sheets attached          Subtotal ➤   $          78,064
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                              Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

*Amended* (watermark)

In re ___C & A Construction Company, Inc._____,   Case No. _____
              **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>REX WILLIAMS, INC<br>P.O. BOX 26055<br>SLC, UT 84126 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 8,198 |
| ACCOUNT NO.<br>RH ROOFING<br>275 NORTH 100 WEST<br>WASHINGTON, UT 84780 | | | Incurred: 2005-2006<br>Consideration: Construction Expense | | | | 10,017 |
| ACCOUNT NO.<br>RIC OLSEN<br>1803 East Glen Brook Circle<br>Salt Lake City, UT 84124 | | | Incurred: 2009<br>Consideration: Construction Expense | | | | 4,260 |
| ACCOUNT NO.<br>RICHARD MINER<br>565 S. 200 E.<br>SPRINGVILLE, UT 84663 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 1,213 |
| ACCOUNT NO.<br>RIGHT ANGLE CONSTRUCTION<br>1284 WEST 1130 NORTH<br>SUITE 7<br>ST. GEORGE, UT 84770 | | | Consideration: Construction Expense | | | | 0 |

Sheet no. _91_ of _130_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   23,688

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc.                            ,          Case No. _____
                          **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>RIGHT ANGLE CONSTRUCTION<br>1284 WEST 1130 NORTH<br>SUITE 7<br>ST. GEORGE, UT 84770 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 5,700 |
| ACCOUNT NO.<br><br>RJ ELECTRICAL<br>1430 W COUNTRYWOOD LAND<br>WEST JORDAN, UT 84088 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 10,330 |
| ACCOUNT NO.<br><br>RJ ENTERPRISES, INC.<br>PO BOX 985<br>HEBER CITY, UT 84032 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 6,784 |
| ACCOUNT NO.<br><br>ROBERT DIBBLE ELECTRIC<br>869 EAST 4500 SOUTH<br>MURRAY, UT 84107 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 6,118 |
| ACCOUNT NO.<br><br>ROBERT I. MERRILL CO., INC.<br>4049 S. 210 W.<br>SLC, UT 84107 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 911 |

Sheet no. _92_ of _130_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          29,843

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0



B6F (Official Form 6F) (12/07) - Cont.

In re ___C & A Construction Company, Inc._____,　　Case No. _____
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ROBINSON RENTALS<br>1440 NORTH MAIN STREET<br>CEDAR CITY, UT 84721 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 1,313 |
| ACCOUNT NO.<br><br>ROCK HARD FLOORS LLC<br>1386 W CENTER<br>OREM, UT 84057 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>ROCKSCAPES<br>2338 S RIDGEWOOD WAY<br>BOUNTIFUL, UT 84010 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>ROCKWELL CONSTRUCTION INC. D.B.A. EXCEL CONSTRUCTION INC.<br>3241 E BALMORAL DR.<br>EAGLE MOUNTAIN, UT 84005 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>ROCKWELL CONSTRUCTION INC. D.B.A. EXCEL CONSTRUCTION INC.<br>3241 E BALMORAL DR.<br>EAGLE MOUNTAIN, UT 84005 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 6,400 |

Sheet no. __93__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $　　7,713

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-9.755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc.                    ,       Case No. _____
                          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  <br> ROCKY MOUNTAIN MECHANICAL INC <br> P.O. BOX 65439 <br> SALT LAKE CITY, UT 84165 | | | Incurred: 2007-2008 <br> Consideration: Construction Expense | | | | 28,665 |
| ACCOUNT NO.  <br> ROCKY MOUNTAIN POWER <br> 1033 NE 6TH AVE <br> PORTLAND, OR  97256-0001 | | | Incurred: 2007 <br> Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.  <br> ROCKY MOUNTAIN POWER <br> 1033 NE 6TH AVE <br> PORTLAND, OR  97256-0001 | | | Incurred: 2007-2008 <br> Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.  <br> ROCKY MOUNTAIN POWER <br> 1033 NE 6TH AVE <br> PORTLAND, OR  97256-0001 | | | Incurred: 0 <br> Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.  <br> ROCKY MOUNTAIN POWER <br> 1033 NE 6TH AVE <br> PORTLAND, OR  97256-0001 | | | Incurred: 2007-2009 <br> Consideration: Construction Expense | | | | 3,573 |

Sheet no. __94__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   32,238

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc.                         ,          Case No. _____
                         **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ROCKY MOUNTAIN TAPPING, INC<br>175 EAST 400 NORTH<br>NEPHI, UT 84648 | | | Incurred: 2009<br>Consideration: Construction Expense | | | | 680 |
| ACCOUNT NO.<br>ROCKY MOUNTAIN WATERPROOFING,<br>4158-A NIKE DRIVE<br>WEST JORDAN, UT 84088 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 7,894 |
| ACCOUNT NO.<br>ROCKY MOUNTAIN WOODWORKS<br>300 N DRAPER LANE<br>PROVO, UT 84601 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 380 |
| ACCOUNT NO.<br>ROCKY RIDGE ROLL-OFFS,INC.<br>420 NORTH 600 WEST #1<br>CEDAR CITY, UT 84720 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 24,258 |
| ACCOUNT NO.<br>ROLLING RUBBER INC<br>256 W 200 N<br>CEDAR CITY, UT 84720 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 2,516 |

Sheet no. __95__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   35,728

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0



B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                          ,                    Case No. _____
          **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ROME CONCRETE<br>973 WEST 240 NORTH SUITE 1-A<br>LINDON, UT 84042 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 2,172 |
| ACCOUNT NO.<br><br>ROSSI H&A AND EASON MECHANICAL<br>60 W 600 N<br>HURRICANE, UT 84737 | | | Incurred: 2006-2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>ROSSI H&A AND EASON MECHANICAL<br>60 W 600 N<br>HURRICANE, UT 84737 | | | Incurred: 2006-2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>ROYAL ENGINEERING, INC.<br>2335 SOUTH STATE, SUITE 225<br>PROVO, UT 84606 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>RSW ROOFING<br>738 N 300 W<br>NEPHI, UT 84648 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 0 |

Sheet no.  96  of  130  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 2,172

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                    ,          Case No. _____
               **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>S&D HOME CONCEPTS LLC<br>125 E MAIN PMB #339<br>AMERICAN FORK, UT 84003 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 1,650 |
| ACCOUNT NO.<br><br>SAFETY KLEEN<br>1066 S PIONEER RD<br>SLC, UT 84104 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 2,144 |
| ACCOUNT NO.<br><br>SAGELAND SERVICES INC<br>340 N 800 E<br>SPRINGVILLE, UT 84663 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 160 |
| ACCOUNT NO.<br><br>SALT LAKE DEPARTMENT<br>PUBLIC UTITLIES<br>1530 SOUTH WEST TEMPLE<br>SALT LAKE CITY, UT 84111 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 150 |
| ACCOUNT NO.<br><br>SALT LAKE VALLEY SAND &<br>GRAVEL<br>PO BOX 2115<br>SANDY, UT 84091 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 0 |

Sheet no. __97__ of __130__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  4,104

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5-9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc.                    ,          Case No. _____
                    **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SALT LAKE VALLEY SAND & GRAVEL<br>PO BOX 2115<br>SANDY, UT 84091 | | | Incurred: 2008-2009<br>Consideration: Construction Expense | | | | 7,779 |
| ACCOUNT NO.<br><br>SANDY CITY<br>10000 CENTENNNIAL PARKWAY<br>SANDY, UT 84070 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>SAVAGE & SONS ROOFING<br>555 SOUTH LUCK DRIVE<br>PLEASANT GROVE, UT 84062 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>SAVAGE SCAFFOLD & EQUIP.<br>728 W. 2ND S.<br>SLC, UT 84104 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 668 |
| ACCOUNT NO.<br><br>SCHINDLER ELEVATOR CORP.<br>2448 S. Progress Dr.<br>SALT LAKE CITY, UT 84119 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |

Sheet no.  98  of  130  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   8,447

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re   C & A Construction Company, Inc.                          ,                Case No. _____
         **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SCHINDLER ELEVATOR CORP.<br>2448 S. Progress Dr.<br>SALT LAKE CITY, UT 84119 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 68,887 |
| ACCOUNT NO.<br><br>SCOTCH BOY LANDSCAPING<br>P.O. BOX 2866<br>CHEYENNE, WY 82003 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>SCOTT MACHINERY COMPANY<br>4055 S 500 W<br>SALT LAKE CITY, UT 84123 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 5,429 |
| ACCOUNT NO.<br><br>SCR EXCAVATION<br>(DBA MAJESTIC TRUCKING AND EXCAVATION)<br>8545 S REDWOOD RD<br>WEST JORDAN, UT 84088 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 30,521 |
| ACCOUNT NO.<br><br>SELECT HEALTH<br>4646 W LAKEPARK BLVD<br>WEST VALLEY CITY, UT 84120 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 0 |

Sheet no. _99_ of _130_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 104,837

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                    ,        Case No. _____
           **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>SELECT HEALTH<br>4646 W LAKEPARK BLVD<br>WEST VALLEY CITY, UT 84120 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 35,806 |
| ACCOUNT NO. <br><br>SERVCORP INTERNATIONAL<br>165 NORTH 1330 WEST SUITE A-1<br>OREM, UT 84057 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 1,780 |
| ACCOUNT NO. <br><br>SHEL MAR CABINETS<br>655 E 100 S<br>ALPINE, UT 84004 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. <br><br>SHORELINE CONST. LLC<br>8344 SOUTH ETIENNE WAY<br>SANDY, UT 84093 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 1,140 |
| ACCOUNT NO. <br><br>SIERRA PACIFIC WINDOWS<br>1055 S 3600 W ST. 101<br>SALT LAKE CITY, UT 84104 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 8,962 |

Sheet no. 100 of 130 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  47,688

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5-9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                              ,          Case No. _____
                                 **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SIERRA VISTA STUCCO, INC<br>157 E RIVERSIDE DR, STE 2A<br>ST GEORGE, UT 84770 | | | Incurred: 2006-2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>SIGN PRO<br>7013 SOUTH 400 WEST<br>SALT LAKE CITY, UT 84047 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>SIGNATURE POOLS<br>654 N 800 E #345<br>SPANISH FORK, UT 84660 | | | Incurred: 0<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>SIGNATURE POOLS<br>654 N 800 E #345<br>SPANISH FORK, UT 84660 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 21,074 |
| ACCOUNT NO.<br><br>SILVER LEAF INC<br>PO BOX 842455<br>HILDALE, UT 84784 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 1,510 |

Sheet no. __101__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 22,584

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                    ,        Case No. _____
                    Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>SIMON CONTRACTORS<br>PO BOX 209<br>CHEYENNE, WY 82003 | | | Incurred: 2006-2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br>SIMPLEX GRINNELL INC<br>1272 W 2240 S<br>SALT LAKE CITY, UT 84119 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 766 |
| ACCOUNT NO.<br>SIMPLEX GRINNELL INC<br>1272 W 2240 S<br>SALT LAKE CITY, UT 84119 | | | Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br>SMITH AUTO CO., INC<br>2534 NORTH 200 EAST<br>SPANISH FORK, UT 84660 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 307 |
| ACCOUNT NO.<br>SNOW, CHRISTENSEN & MARTINEAU<br>10 EXCHANGE PLACE,<br>ELEVENTH FLOOR<br>SALT LAKE CITY, UT  84145-5000 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 21,719 |

Sheet no. 102 of 130 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  22,792
Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                          ,          Case No. _____
                    **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SOUTH CENTRAL COMMUNICATIONS<br>PO BOX 555<br>ESCALANTE, UT  84726-0555 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 2,064 |
| ACCOUNT NO.<br><br>SOUTH CUT, INC.<br>P.O. BOX 903<br>AMERICAN FORK, UT 84003 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 3,062 |
| ACCOUNT NO.<br><br>SOUTHWEST AIR CONDITIONING, IN<br>459 N 1300 E<br>ST GEORGE, UT 84770 | | | Incurred: 2006-2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>SOUTHWEST AIR CONDITIONING, IN<br>459 N 1300 E<br>ST GEORGE, UT 84770 | | | Incurred: 2006-2007<br>Consideration: Construction Expense | | | | 36,499 |
| ACCOUNT NO.<br><br>SOUTHWICK CONSTRUCTION, INC<br>63 E 11400 S #211<br>SANDY, UT 84070 | | | Incurred: 2006<br>Consideration: Construction Expense | | | | 0 |

Sheet no. __103__ of __130__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $          41,625

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                            ,          Case No. _____
                   **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SPECTRUM STEEL CO.<br>PO BOX 2<br>HYRUM, UT 84319 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 34 |
| ACCOUNT NO.<br><br>SPENCER LARSEN<br>1038 S NEVADA AVE<br>PROVO, UT 84606 | | | Incurred: 2009<br>Consideration: Construction Expense | | | | 2,267 |
| ACCOUNT NO.<br><br>SPRINGVILLE CITY<br>50 S. MAIN STREET<br>SPRINGVILLE, UT 84663 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 671 |
| ACCOUNT NO.<br><br>STAKER PAVING & CONST. COMPANY<br>P.O. BOX 3429<br>OGDEN, UT 84409 | | | Incurred: 0<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>STAKER PAVING & CONST. COMPANY<br>P.O. BOX 3429<br>OGDEN, UT 84409 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 9,470 |

Sheet no. __104__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   12,442

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0



B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                          ,          Case No. _____
           **Debtor**                                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>STEVE BENNETT<br>360 S. 1250 E.<br>SPANISH FORK, UT 84660 | | | Incurred: 2009<br>Consideration: Construction Expense | | | | 3,628 |
| ACCOUNT NO.<br><br>STEVE DANKO<br>503 AARON WAY<br>BOULDER CITY, NV 89005 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 42,842 |
| ACCOUNT NO.<br><br>STEVE MELLEN<br>CONSTRUCTION<br>7337 WESTPARK AVE<br>MAGNA, UT 84044 | | | Incurred: 2006-2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>STEWARTS HEATING<br>3938 NORTH CAYON WASH<br>DRIVE<br>EAGLE MOUNTAIN, UT 84043 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>STILSON BROTHERS CONST.<br>2309 SOUTH SOUTHGATE HILLS<br>DRIVE<br>ST GEORGE, UT 84770 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 265 |

Sheet no. _105_ of _130_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   46,735

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                    ,          Case No. _____
              **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> STOCK BLDG SUPPLY-PROVO <br> PO BOX 447 <br> ROY, UT  84067-0447 | | | Incurred: 2007 <br> Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. <br><br> STOCK BLDG SUPPLY-PROVO <br> PO BOX 447 <br> ROY, UT  84067-0447 | | | Incurred: 2007 <br> Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. <br><br> STOCK BLDG SUPPLY-PROVO <br> PO BOX 447 <br> ROY, UT  84067-0447 | | | Incurred: 2007-2008 <br> Consideration: Construction Expense | | | | 193,903 |
| ACCOUNT NO. <br><br> STONE PRO SLINGERS, INC. <br> 191 E 600 S <br> PAYSON, UT 84651 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 2,240 |
| ACCOUNT NO. <br><br> STOUT ROOFING <br> 625 RED ROCK ROAD <br> ST GEORGE, UT 84770 | | | Incurred: 2006-2008 <br> Consideration: Construction Expense | | | | 13,804 |

Sheet no. __106_ of _130_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 209,947

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                    ,        Case No. _____
       **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>SUMSION CONSTRUCTION LC<br>649 E 700 N<br>SPRINGVILLE, UT 84663 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 3,432 |
| ACCOUNT NO.<br>SUNBELT RENTALS, INC.<br>P.O. BOX 281961<br>ATLANTA, GA  30384-1961 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 696 |
| ACCOUNT NO.<br>SUNRISE ENGINEERING INC<br>25 EAST 500 NORTH<br>FILLMORE, UT 84631 | | | Incurred: 2009<br>Consideration: Construction Expense | | | | 50 |
| ACCOUNT NO.<br>SUNROC - GAS STATION<br>180 NORTH 300 EAST<br>ST GEORGE, UT 84770 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br>SUNROC - GAS STATION<br>180 NORTH 300 EAST<br>ST GEORGE, UT 84770 | | | Incurred: 0<br>Consideration: Construction Expense | | | | 0 |

Sheet no. __107__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        4,178

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-9.755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc.                    ,          Case No. _____
                           **Debtor**                                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SUNROC - GAS STATION<br>180 NORTH 300 EAST<br>ST GEORGE, UT 84770 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 9,191 |
| ACCOUNT NO.<br><br>SUNROC - ST GEORGE PIT<br>520 S 800 W<br>LINDON, UT 84042 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 6,148 |
| ACCOUNT NO.<br><br>SUNROC SPRINGVILLE STORE<br>180 NORTH 300 EAST<br>ST GEORGE, UT 84770 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>SUNROC SPRINGVILLE STORE<br>180 NORTH 300 EAST<br>ST GEORGE, UT 84770 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 5,522 |
| ACCOUNT NO.<br><br>SUNSTONE BUILDERS, INC<br>2167 EAST GREYSTONE DRIVE<br>ST GEORGE, UT 84790 | | | Incurred: 2006-2007<br>Consideration: Construction Expense | | | | 0 |

Sheet no. __108__ of __130__ continuation sheets attached            Subtotal ➤   $        20,861
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                         Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc.                    ,          Case No. _____
                 **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> SUPERIOR ELECTRIC & COMMUNICATIONS <br> 104 EVELYN STREET <br> CHEYENNE, WY 82007 | | | Incurred: 2006-2007 <br> Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. <br><br> SUPERIOR INSULATION <br> 895 W. 2600 S. <br> SALT LAKE CITY, UT 84119 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 10,336 |
| ACCOUNT NO. <br><br> SWEEP 'N' UTAH INC <br> 2494 N FORT LANE <br> LAYTON, UT 84041 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 675 |
| ACCOUNT NO. <br><br> T-MOBILE <br> PO BOX 660252 <br> DALLAS, TX  75266-0252 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 15,208 |
| ACCOUNT NO. <br><br> TANNER GLASS AND HARDWARE <br> 7139 SOUTH 700 WEST SUITE C <br> MIDVALE, UT 84047 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 28,477 |

Sheet no. __109__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   54,696

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0



B6F (Official Form 6F) (12/07) - Cont.

In re C & A Construction Company, Inc. _____,        Case No. _____

    **Debtor**                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> TAZ CONCRETE <br> PO BOX 624 <br> FILLMORE, UT 84631 | | | Incurred: 2006-2007 <br> Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. <br><br> TECCON, INC. <br> 2540 EAST BENGAL BLVD. SUITE 100 <br> SALT LAKE CITY, UT 84121 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 200 |
| ACCOUNT NO. <br><br> TEMPORARY FENCE, INC. <br> P.O. BOX 712 <br> ROY, UT 84067 | | | Incurred: 2007 <br> Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. <br><br> TEMPORARY FENCE, INC. <br> P.O. BOX 712 <br> ROY, UT 84067 | | | Incurred: 2007-2008 <br> Consideration: Construction Expense | | | | 7,968 |
| ACCOUNT NO. <br><br> TETON SPRINGS <br> ONE TETON SPRINGS PKWY <br> VICTOR, ID 83445 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 742 |

Sheet no. 110 of 130 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    8,910

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc.                          ,          Case No. _____
_____
                        **Debtor**                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TETON SPRINGS HOA<br>C/O GTPM<br>PO BOX 2282<br>JACKSON, WY 83001 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 1,683 |
| ACCOUNT NO.<br><br>TETON WATER AND SEWER<br>75 W 950 S STE 3<br>VICTOR, ID 83455 | | | Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>TETON WATER AND SEWER<br>75 W 950 S STE 3<br>VICTOR, ID 83455 | | | Incurred: 2009<br>Consideration: Construction Expense | | | | 360 |
| ACCOUNT NO.<br><br>THE CABINET COMPANY<br>390 S 1100 W<br>PROVO, UT 84601 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>THE CLOSET GUY<br>PO BOX 106<br>SPRINGVILLE, UT 84663 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 2,552 |

Sheet no. 111 of 130 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   4,595

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.          ,          Case No. _____
                Debtor                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>THE ELEVATOR COMPANY<br>PO BOX 736<br>BOUNTIFUL, UT 84001 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 13,140 |
| ACCOUNT NO.<br>THE HERTZ CORPORATION<br>PO BOX 650280<br>DALLAS, TX  75265-0280 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 22,741 |
| ACCOUNT NO.<br>THE KEY MAN INC<br>1066 S BLUFF ST B<br>ST. GEORGE, UT  84770-5205 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 834 |
| ACCOUNT NO.<br>THE LIGHTING DESIGN CO.<br>11538 SOUTH STATE STREET<br>SUITE 100<br>DRAPER, UT 84020 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br>THE LIGHTING DESIGN CO.<br>11538 SOUTH STATE STREET<br>SUITE 100<br>DRAPER, UT 84020 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 8,626 |

Sheet no.  112 of 130  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  45,341

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0



B6F (Official Form 6F) (12/07) - Cont.

In re ___C & A Construction Company, Inc._____,     Case No. _____
              **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>THE REAL ESTATE BOOK OF PROVO/OREM UT.<br>3280 NE FRONTAGE RD., SUITE C<br>LEHI, UT 84043 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 425 |
| ACCOUNT NO.<br><br>THE TIRE COMPANY<br>PO BOX 696<br>CEDAR CITY, UT 84720 | | | Incurred: 0<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>THE TIRE COMPANY<br>PO BOX 696<br>CEDAR CITY, UT 84720 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 485 |
| ACCOUNT NO.<br><br>THYSSENKRUPP ELEVATOR CORPORAT<br>2455 E PARLEYS WAY, SUITE 110<br>SALT LAKE CITY, UT 84109 | | | Incurred: 2006-2007<br>Consideration: Construction Expense | | | | 37,610 |
| ACCOUNT NO.<br><br>TIM MAHONEY CONSTRUCTION<br>600 SOUTH 1303 WEST<br>PROVO, UT 84601 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 5,961 |

Sheet no. __113__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 44,481

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc.                    ,          Case No. _____
                    **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> TIMPANOGOS SPECIAL SERVICE DIST. <br> 5050 WEST 6400 NORTH <br> AMERICAN FORK, UT 84003 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 1,349 |
| ACCOUNT NO. <br><br> TITAN MECHANICAL CONTRACTORS, LLC <br> 185 W COTTAGE AVE <br> SANDY, UT 84070 | | | Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. <br><br> TITAN MECHANICAL CONTRACTORS, LLC <br> 185 W COTTAGE AVE <br> SANDY, UT 84070 | | | Incurred: 2007-2009 <br> Consideration: Construction Expense | | | | 38,229 |
| ACCOUNT NO. <br><br> TITAN STAIRS & TRIM, INC <br> 314 N 3050 E STE. A101 <br> ST GEORGE, UT 84790 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 21,116 |
| ACCOUNT NO. <br><br> TITLEIST ELECTRIC, INC <br> 39 SOUTH 1790 WEST CIRCLE <br> ST. GEORGE, UT 84770 | | | Incurred: 2006-2007 <br> Consideration: Construction Expense | | | | 1,270 |

Sheet no. __114__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 61,964

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                         ,          Case No. _____
               **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TITLEIST ELECTRIC, INC<br>39 SOUTH 1790 WEST CIRCLE<br>ST. GEORGE, UT 84770 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 1,270 |
| ACCOUNT NO.<br><br>TOOELE WROUGHT IRON LLC<br>PO BOX 262<br>STOCKTON, UT 84071 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 1,822 |
| ACCOUNT NO.<br><br>TOOL HOSPITAL<br>9950 S 134TH STREET<br>OMAHA, NE 68138 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 49 |
| ACCOUNT NO.<br><br>TOTAL ELECTRIC<br>2170 N 4650 W<br>CEDAR CITY, UT 84720 | | | Incurred: 2006<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>TOTAL ELECTRIC<br>2170 N 4650 W<br>CEDAR CITY, UT 84720 | | | Incurred: 2006-2008<br>Consideration: Construction Expense | | | | 26,005 |

Sheet no. _115_ of _130_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  29,146

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  C & A Construction Company, Inc. _____ ,          Case No. _____

           **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TRENCH-SHORING SERVICE, INC.<br>6770 E 56TH AVENUE<br>COMMERCE CITY, CO 80022 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 264 |
| ACCOUNT NO.<br><br>TRI-STATE FIRE PROTECTION INC<br>148 W INDUSTRIAL DR<br>WASHINGTON, UT 84780 | | | Incurred: 2006-2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>TYLER POOL CO.<br>3281 MAYA CIRCLE<br>ST GEORGE, UT 84790 | | | Incurred: 2006-2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>TYLER POOL CO.<br>3281 MAYA CIRCLE<br>ST GEORGE, UT 84790 | | | Incurred: 2006-2008<br>Consideration: Construction Expense | | | | 4,459 |
| ACCOUNT NO.<br><br>TYLERS, INC.<br>1184 SOUTH STATE<br>PROVO, UT 84606 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 548 |

Sheet no. __116__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  |  $  | 5,271

Total ➤  |  $  |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0



B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc.                                    ,          Case No. _____
                  **Debtor**                                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>UCN<br>PAYMENT CENTER #5450<br>PO BOX 410468<br>SALT LAKE CITY, UT 84141 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 12 |
| ACCOUNT NO.<br><br>UMPHRIES WELDING SUPPLY INC<br>PO BOX 1015<br>AMERICAN FORK, UT 84003 | | | Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>UNITED RENTALS, INC.<br>FILE 51122<br>LOS ANGELES, CA  90074-1122 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 6,411 |
| ACCOUNT NO.<br><br>UNITED SITE SERVICES<br>PO BOX 3207<br>OGDEN, UT 84409 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 845 |
| ACCOUNT NO.<br><br>UNITED STATES TREASURY<br>PO BOX 802501<br>CINCINNATI, OH  45280-2501 | | | Incurred: 2009<br>Consideration: Construction Expense | | | | 5,384 |

Sheet no.  117  of  130  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   12,652

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re <u>C & A Construction Company, Inc.</u>,     Case No. _____

        **Debtor**                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>UNIVERSAL SIGNS<br>2451 SOUTH 600 WEST<br>SLC, UT 84115 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 80 |
| ACCOUNT NO.<br><br>UT DEPT. OF ENVIRONMENTAL QUALITY/DIV OF WATER QUALITY<br>P O BOX 144870<br>SALT LAKE CITY, UT  84114-4870 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 100 |
| ACCOUNT NO.<br><br>UTAH BARRICADE CO., INC<br>3232 S. REDWOOD RD.<br>WEST VALLEY, UT 84119 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>UTAH BARRICADE CO., INC<br>3232 S. REDWOOD RD.<br>WEST VALLEY, UT 84119 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 6,614 |
| ACCOUNT NO.<br><br>UTAH CONSTRUCTION PERSONNEL<br>774 SOUTH 500 WEST<br>SALT LAKE CITY, UT 84101 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 279 |

Sheet no. <u>118</u> of <u>130</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                               Subtotal ➤   $      7,073

                                               Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc._____,   Case No. _____
         **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>UTAH DEPT OF WORKFORCE SERVICE<br>140 EAST 300 SOUTH<br>PO BOX 45233<br>SLC, UT  84145-0233 | | | Incurred: 2009<br>Consideration: Construction Expense | | | | 425 |
| ACCOUNT NO.<br><br>UTAH DIVISION OF AIR QUALITY<br>150 N. 1950 W.<br>SALT LAKE CITY, UT  84114-4820 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 50 |
| ACCOUNT NO.<br><br>UTAH INTERACTIVE LLC<br>PO BOX 410451<br>SALT LAKE CITY, UT  84141-0451 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 101 |
| ACCOUNT NO.<br><br>UTAH STATE TAX COMMISSION<br>210 N 1950 W<br>TAXPAYER SERVICES<br>SLC, UT 84134 | | | Incurred: 2008-2009<br>Consideration: Construction Expense | | | | 72,180 |
| ACCOUNT NO.<br><br>UTAH STONE SOURCE<br>1351 W 800 N<br>OREM, UT 84057 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 0 |

Sheet no. _119_ of _130_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   72,756

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  C & A Construction Company, Inc. _____ ,     Case No. _____
_____
**Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>UTAH TILE & ROOFING<br>555 W 3900 S #C<br>MURRAY, UT 84123 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>UTAH TRUCKING ASSOCIATION<br>3060 W CALIFORNIA AVE. STE A<br>SLC, UT   84104-4612 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 65 |
| ACCOUNT NO.<br><br>UTAH VALLEY HOME BUILDERS<br>1457 E 840 N<br>OREM, UT 84097 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 395 |
| ACCOUNT NO.<br><br>UTAH VALLEY SEAL COATING & STR<br>429 E 780 N<br>OREM, UT 84097 | | | Incurred: 2006<br>Consideration: Construction Expense | | | | 235 |
| ACCOUNT NO.<br><br>V.J. UTILITIES LLC<br>1380 WEST 1100 NORTH<br>PLEASANT GROVE, UT 84062 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 977 |

Sheet no. _120_ of _130_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $       1,672

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc. _____ ,  Case No. _____
           **Debtor**                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>VALLEY GLASS<br>2041 LINCOLN AVE<br>OGDEN, UT 84401 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 1,359 |
| ACCOUNT NO.<br>VANROK<br>1825 N MOUNTAIN SPRINGS PKWY<br>SPRINGVILLE, UT 84663 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 381 |
| ACCOUNT NO.<br>VELEZ MASONRY<br>803 NORTH RIDERWOOD WAY<br>PROVO, UT 84601 | | | Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br>VELEZ MASONRY<br>803 NORTH RIDERWOOD WAY<br>PROVO, UT 84601 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br>VERACITY COMMUNICATIONS<br>379 N UNIVERSITY AVE SUITE 301<br>PROVO, UT 84601 | | | Incurred: 2009<br>Consideration: Construction Expense | | | | 970 |

Sheet no. _121_ of _130_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 2,710

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0



B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc.                              ,       Case No. _____

                          **Debtor**                                                                     (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>VICTORY STONE<br>1187 N INDUSTRIAL PARK<br>OREM, UT 84057 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 64,355 |
| ACCOUNT NO.<br><br>VIEWPOINT CONSTRUCTION SOFTWARE<br>DEPT. D8060<br>PO BOX 660553<br>DALLAS, TX  75266-0553 | | | Incurred: 2008-2009<br>Consideration: Construction Expense | | | | 3,302 |
| ACCOUNT NO.<br><br>VINYL INDUSTRIES, INC<br>1350 E. MAIN STREET<br>P.O. BOX 176<br>LEHI, UT 84043 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 47 |
| ACCOUNT NO.<br><br>VISION PLUMBING LLC<br>86 N UNIVERSITY AVE #450<br>PROVO, UT 84601 | | | Incurred: 2006-2007<br>Consideration: Construction Expense | | | | 25,492 |
| ACCOUNT NO.<br><br>VOORHEES SANITATION, LLC<br>PO BOX 196<br>DRIGGS, ID 83422 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |

Sheet no. __122__ of __130__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    93,196

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0



B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc.                              ,          Case No. _____
               **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>VOORHEES SANITATION, LLC<br>PO BOX 196<br>DRIGGS, ID 83422 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 186 |
| ACCOUNT NO.<br><br>WALLACE CONSTRUCTION & DEVELOPMENT<br>5312 W LEWISTON PK CIRCLE<br>RIVERTON, UT 80496 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>WALSH CONCRETE CUTTING, INC<br>1482 S. INDUSTRIAL ROAD<br>SLC, UT 84104 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 1,525 |
| ACCOUNT NO.<br><br>WARBURTON'S, INC<br>453 W 700 S<br>PLEASANT GROVE, UT 84062 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>WASATCH ELECTRIC DIV/DYNA INC<br>P.O. BOX 26588<br>SALT LAKE CITY, UT 84115 | | | Incurred: 2006<br>Consideration: Construction Expense | | | | 0 |

Sheet no.  123  of  130  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,711

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc.                        ,          Case No. _____
                    **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WASATCH HEATING AND AIR CONDITIONING<br>1932 NORTH 120 WEST<br>TOOELE, UT 84074 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>WASATCH HEATING AND AIR CONDITIONING<br>1932 NORTH 120 WEST<br>TOOELE, UT 84074 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 32,129 |
| ACCOUNT NO.<br><br>WASATCH ORNAMENTAL IRON INC.<br>P.O. BOX 952<br>AMERICAN FORK, UT 84003 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 21,013 |
| ACCOUNT NO.<br><br>WASATCH ROCK, INC.<br>PO BOX 1752<br>OREM, UT 84059 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 705 |
| ACCOUNT NO.<br><br>WASATCH TILE & STONE, LLC<br>2560 S 300 W<br>SLC, UT 84115 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 11,984 |

Sheet no. __124__ of __130__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   65,831

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  C & A Construction Company, Inc. _____,    Case No. _____
    **Debtor**                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WASATCH TIMBER POST & BEAM<br>P.O. BOX 971115<br>OREM, UT 84097 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>WASATCH TIMBER PRODUCTS, INC.<br>2045 S HWY 40<br>HEBER CITY, UT 84032 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>WASTE MANAGEMENT<br>PO BOX 78251<br>PHOENIX, AZ   85062-8251 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>WASTE MANAGEMENT<br>PO BOX 78251<br>PHOENIX, AZ   85062-8251 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 889 |
| ACCOUNT NO.<br><br>WATER MOVERS<br>PO BOX 66693<br>PHOENIX, AZ 85082 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 18,250 |

Sheet no. _125_ of _130_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

               Subtotal ➤ $ 19,139

               Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___C & A Construction Company, Inc._____,     Case No. _____
           **Debtor**                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> WATERPRO INCORPORATED <br> 12421 SOUTH 800 EAST <br> DRAPER, UT  84020-9711 | | | Incurred: 2007-2008 <br> Consideration: Construction Expense | | | | 295 |
| ACCOUNT NO. <br><br> WELLS FARGO EQUIPMENT FINANCE, INC. <br> NW 5934 PO BOX 1450 <br> MINNEAPOLIS, MN  55485-5934 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 39,624 |
| ACCOUNT NO. <br><br> WESTERN RESEARCH & DEVELOPMENT <br> 5908 YELLOWSTONE RD STE B <br> CHEYENNE, WY 82009 | | | Incurred: 2007 <br> Consideration: Construction Expense | | | | 1,985 |
| ACCOUNT NO. <br><br> WESTERN STATES REBAR FABRICATI <br> PO BOX 12247 <br> OGDEN, UT 84412 | | | Incurred: 2007 <br> Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. <br><br> WESTERN TRUCK & TRAILER SALES <br> 1885 S 900 W <br> SALT LAKE CITY, UT 84104 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 0 |

Sheet no. _126_ of _130_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

                                               Subtotal ➤   $      41,904

                                                  Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re C & A Construction Company, Inc. _____,  Case No. _____
            **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WESTERN TRUCK & TRAILER SALES<br>1885 S 900 W<br>SALT LAKE CITY, UT 84104 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 519 |
| ACCOUNT NO.<br><br>WESTERN WHOLESALE FLOORING, INC<br>823 S MAIN<br>SLC, UT 84115 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 94,396 |
| ACCOUNT NO.<br><br>WESTROC<br>670 WEST 220 SOUTH<br>PLEASANT GROVE, UT 84062 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 307 |
| ACCOUNT NO.<br><br>WHEELER MACHINERY, INC.<br>ATTN: ACCOUNTS RECEIVABLE<br>P.O. BOX 701047<br>SALT LAKE CITY, UT 84170-1047 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 3,201 |
| ACCOUNT NO.<br><br>WHITE CAP INDUSTRIES, INC<br>12000 E 47TH AVENUE, SUITE 114<br>DENVER, CO 80239 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 0 |

Sheet no. 127 of 130 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 98,423

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re C & A Construction Company, Inc. _____ ,     Case No. _____
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WHITE CAP INDUSTRIES, INC<br>12000 E 47TH AVENUE, SUITE 114<br>DENVER, CO 80239 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 11,722 |
| ACCOUNT NO.<br><br>WHITEWATER WHIRLPOOL BATHS & S<br>195 S. GENEVA RD.<br>LINDON, UT 84042 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 669 |
| ACCOUNT NO.<br><br>WILKINSON MAINTENANCE<br>PO BOX 55<br>PAROWAN, UT 84761 | | | Incurred: 2007-2008<br>Consideration: Construction Expense | | | | 2,104 |
| ACCOUNT NO.<br><br>William E. Dase<br>95 South 100 East #12<br>Springville, UT 84663 | | | Consideration: Unpaid wages | | | | G ei |
| ACCOUNT NO.<br><br>WILSON EXCAVATION<br>2385 S. 240 W.<br>WASHINGTON, UT 84780 | | | Incurred: 2009<br>Consideration: Construction Expense | | | | 13,702 |

Sheet no. 128 of 130 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 28,197

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-9.755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re    C & A Construction Company, Inc.                                     ,         Case No. _____
         _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WINDOWS, WALLS, ETC INC<br>2238 NO CHANDLER<br>CEDAR CITY, UT 84720 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 20,178 |
| ACCOUNT NO.<br><br>WOLVERINE CONSTRUCTION INC<br>12714 SOUTH PONY EXPRESS RD #B<br>DRAPER, UT 84020 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO.<br><br>WOOD F/X CORP<br>1025 E COMMERCE DR<br>ST. GEORGE, UT 84790 | | | Incurred: 2007<br>Consideration: Construction Expense | | | | 5,184 |
| ACCOUNT NO.<br><br>WORK CARE CLINIC-SALT LAKE<br>2390 S REDWOOD ROAD<br>SALT LAKE CITY, UT 84119 | | | Incurred: 2009<br>Consideration: Construction Expense | | | | 100 |
| ACCOUNT NO.<br><br>WORKERS COMPENSATION FUND<br>PO BOX 26488<br>SALT LAKE CITY, UT  84126-0488 | | | Incurred: 2008<br>Consideration: Construction Expense | | | | 14,377 |

Sheet no. __129__ of __130__ continuation sheets attached                     Subtotal ➤    $         39,839
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims                                                            Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re   C & A Construction Company, Inc.                ,        Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> WORLD OF STONE <br> 765 EAST 1200 NORTH <br> PLEASANT GROVE, UT 84062 | | | Incurred: 2006-2007 <br> Consideration: Construction Expense | | | | 0 |
| ACCOUNT NO. <br> WORLD OF STONE <br> 765 EAST 1200 NORTH <br> PLEASANT GROVE, UT 84062 | | | Incurred: 2006-2007 <br> Consideration: Construction Expense | | | | 6,684 |
| ACCOUNT NO. <br> WR WHITE CO <br> PO BOX 1529 <br> WEST JORDAN, UT   84084-8529 | | | Incurred: 2009 <br> Consideration: Construction Expense | | | | 9,540 |
| ACCOUNT NO. <br> XEROX CORPORATION <br> P.O. BOX 7405 <br> PASADENA, CA   91109-7405 | | | Incurred: 2008-2009 <br> Consideration: Construction Expense | | | | 187 |
| ACCOUNT NO. <br> ZIONS BANK <br> Bankruptcy 232K5 <br> P.O. Box 30709 <br> Salt Lake City, UT 84130 | | | Incurred: 2008 <br> Consideration: Construction Expense | | | | 11,315 |

Sheet no. _130_ of _130_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 27,726

Total ▶ $ 4,354,317

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B7 (Official Form 7) (04/10)

UNITED STATES BANKRUPTCY COURT

District of Utah

In Re  C & A Construction Company, Inc.                                    Case No. _____
                                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT |  | SOURCE |
|------|--------|--|--------|
| 2010 | $0 | | Business loss |
| 2009 | $0 | | Business loss |
| 2008 | $0 | | Business loss |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

Amended

### 2.  Income other than from employment or operation of business

None

☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                SOURCE

### 3.  Payments to creditors

None

☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None

☒

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

Amended

None



*c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| LKL Associates v. C & A Construction Company, Inc. #080301163 | Collection | 3rd District, Tooele | Judgment |
| MHTN Architects v. C & A Construction Company, Inc. #090400928 | Collection | 4th District, Provo | Pending |
| Kwall-Howells v. C & A Construction, Inc. #100100695 | Collection | 4th District, American Fork | Judgment |
| Firetrol Protection Services v. C & A Construction, Inc. #080700403 | Collection | 2nd District, Davis | Pending |
| Noel Wllliams Construction v. C & A Construction, Inc. #090400687 | Collection | 4th District, Provo | Judgment |
| Noel Williams Constructino v. C & A Construction, Inc. #090300092 | Collection | 3rd District, Tooele | Judgment |
| Lighting Design v. C & A Construction, Inc. #090300890 | Collection | 3rd District, Tooele | Judgment |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Centennial Bank v. C & A Construction, Inc. #090500076 | Collection | 5th District, Cedar City | Judgment |
| Bank of the West v. C & A Construction, Inc. #090402811 | Collection | 4th District, Provo | Pending |
| Stock Building Supply v. C & A Construction, Inc. #080500297 | Collection | 5th District, Iron County | Judgment |
| Majestic Trucking v. C & A Construction, Inc. | Collection | 3rd District, SLC | Settled |
| AES Electric v. C & A Construction, Inc. #080700628 | Collection | 2nd District, Davis County | Pending |
| CES Electric v. C & A Construction, Inc. #080201340 | Collection | 4th District, Orem | Judgment |
| Powder First v. C & A Construction, Inc. #090500532 | Collection | 5th District, Cedar City | Pending |
| Transworld Systems v. C & A Construction, Inc. #0904702030 | Collection | 4th District, Provo | Judgment |
| Warburtons v. C & A Construction, Inc. #090202535 | Collection | 4th District, Orem | Pending |
| Diversified Financial Services v. C & A Construction, Inc. #090402519 | Collection | 4th District, Provo | Judgment |
| Betos Stucco v. C & A Construction, Inc. #09048688 | Collection | 3rd District, West Jordan | Pending |
| Suttons Western Wholesale v. C & A Construction, Inc. #090406345 | Collection | 3rd District, West Jordan | Pending |
| Robert DIbble Electric v. C & A Construction, Inc. #080700662 | Collection | 2nd District, Davis County | Pending |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.9-755 - 31694-301X-06410 - PDF-XChange 3.0

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| General Electric v. C & A Construction, Inc. #090403617 | Collection | 4th District, Provo | Judgment |
| Lyon Financial Services v. C & A Construction, Inc. #090411430 | Collection | 3rd District, West Jordan | Pending |
| BMC West v. C & A Construction, Inc. #080500238 | Collection | 4th District, Heber | Judgment |
| David Wooley Drywall v. C & A Construction, Inc. #090300215 | Collection | 3rd District, Tooele | Pending |
| David Wooley Drywall v. C & A Construction, Inc. | Collection | 4th District, Provo | Judgment |
| Leaf Funding v. C & A Construction, Inc. #090401189 | Collection | 4th District, Provo | Pending |
| CR Doors & Moulding v. C & A Construction, Inc. #090400411 | Collection | 4th District, Provo | Pending |
| Equilease v. C & A Construction, Inc. #090404348 | Collection | 4th District, Provo | Pending |
| Blaze Fire Protection v. C & A Construction, Inc. #090301885 | Collection | 3rd District, Tooele | Pending |
| Carpets Plus v. C & A Construction, Inc. | Collection | 4th District, Provo | Pending |
| Tanner Glass v. C & A Construction, Inc. #090906755 | Collection | 3rd District, Salt Lake | Judgment |
| All Star Garage Doors v. C & A Construction, Inc. #090402606 | Collection | 4th District, American Fork | Pending |
| Stewarts Heating v. C & A Construction, Inc. #090401504 | Collection | 4th District, Provo | Judgment |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Excel Concrete v. C & A Construction, Inc. #090102488 | Collection | 4th District, American Fork | Pending |
| Interwest Insulation v. C & A Construction, Inc. #090402174 | Collection | 4th District, Provo | Pending |
| Collection Services Bureau v. C & A Construction Company, Inc. #090402616 | Collection | 4th District, Provo | Judgment |
| Beacon Metals v. C & A Construction Company, Inc. #090909505 | Collection | 3rd District, SLC | Judgment |
| Wood F/X v. C & A Construction Company, Inc. #080502624 | Collection | 5th District, St. George | Pending |
| Bank of American Fork v. C & A Construction Company, Inc. | Collection | 4th District, Provo | Pending |
| Select Health Care, Inc. v. C & A Construction Company, Inc. #080201340 | Collection | 4th District, Utah County | Judgment |
| Selecthealth, Inc. v. C & A Construction Company, Inc. #090103570 | Collection | 4th District, American Fork | Pending |
| Quality Paving & Patching C & A Construction Company, Inc. | Collection | Utah County Small Claims, Provo | Judgment |
| Joseph H. Gibbons; Carpets Plus of St. George v. C & A Construction Company, Inc. #090401463 | Collection | 4th District, Provo | Judgment |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Alpine Supply Co. Inc. v. C & A Construction Company, Inc. | Collection | 4th District, Orem | Judgment |
| CIT Group Equipment Finance v. C & A Construction Company, Inc. #090403509 | Collection | 4th District, Provo | Judgment |
| Clark Wholesale, Inc. v. C & A Construction Company, Inc. | Collection | 4th District, Provo | Judgment |
| Greenline Equipment Co. v. C & A Construction Company, Inc. | Collection | Utah County, American Fork | Judgment |
| Smith Auto Corp v. C & A Construction Company, Inc. #098300412 | Collection | 4th District, Spanish Fork | Pending |
| Bonneville Billing v. C & A Construction Company, Inc. #09030045 | Collection | 4th District, Spanish Fork | Pending |
| JTB Construction & Drywall v. C & A Construction Company, Inc. #090403367 | Collection | 4th District, Provo | Pending |
| Utah State Tax Commission v. C & A Construction Company, Inc. #106400002 | Collection | 4th District, Provo | |
| Utah State Tax Commission v. C & A Construction Company, Inc. #106400094 | Collection | 4th District, Provo | |
| Utah State Tax Commission v. C & A Construction Company, Inc. #096410830 | Collection | 4th District, Provo | |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| C&A Construction v. Sun Hill Homes #070501925 | Construction dispute & counterclaim | 5th District, Washington County | Pending |
| Deere Credit, Inc. v. C&A Construction Company et al #090402618 | Collection | 4th District, Provo | Pending |

None ☐    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| LKL | | Attachment of Equipment |

**5.    Repossessions, foreclosures and returns**

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Bank of the West PO Box 4002 Concord, CA 94524-4002 | 6/29/09 | Pheasant Valley Springville, UT Cost $4,500,000 |
| Centennial Bank 4605 S. Harrison Blvd. Ogden, UT 84043 | 10/1/09 | White Bear Project 74 West Ridgeview St. Brian head, UT 84719 Cost $9,000,000 |
| Bank of American Fork 33 East Main Street American Fork UT 84003 | Mid 2009 | Draper Home, cost $950,000 |
| Zions Credit Corp. Bankruptcy 232K5 P.O. Box 30709 Salt Lake City, UT 84130 | 4/1/09 approx | Condo's in Tooele Cost $2,200,000 |